1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   AKIVA AVIKAIDA ISRAEL,                    No.  2:21-cv-0262-TLN-EFB P

12              Plaintiff,

13        v.                                   ORDER

14   RABBI SHMARY, et al.,

15              Defendants.

16

17        Plaintiff is a state prisoner proceeding without counsel in an action brought under 42

18   U.S.C. § 1983.  On September 8, 2021, the court informed plaintiff that he could either proceed

19   on certain claims identified by the court as potentially cognizable or amend his complaint.  ECF

20   No. 23.  On September 20, 2021, plaintiff notified the court that he intended to file a second

21   amended complaint.  ECF No. 24.

22        Accordingly, it is ORDERED that:

23        1. Within thirty days from the date of service of this order, plaintiff shall file a second

24   amended complaint; and

25        2. Failure to comply with any part of this this order may result in dismissal of this action.

26   DATED:  October 26, 2021.

27

28                                        EDMUND F. BRENNAN
                                          UNITED STATES MAGISTRATE JUDGE