UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AKIVA AVIKAIDA ISRAEL,<br><br>Plaintiff,<br><br>v.<br><br>RABBI SHMARY, et al.,<br><br>Defendants. | No.  2:21-cv-00262-TLN-EFB<br><br><br>**ORDER** |

Plaintiff, a state prisoner proceeding *pro se*, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On February 2, 2022, the magistrate judge filed findings and recommendations herein which were served on Plaintiff and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within fourteen days.  (ECF No. 30.)  Plaintiff has not filed objections to the findings and recommendations.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations filed February 2, 2022, are adopted in full; and
2. Plaintiff's claims against Defendants Warden Covello, Chief Deputy Warden Holmes,

Assistant Wardens Williams and Huser, and CDCR Secretary Kathleen Allison are dismissed without prejudice.

DATED: March 9, 2022

Troy L. Nunley
United States District Judge