IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **AKIVA AVIKAIDA ISRAEL,** | Case No. 2:21-cv-0262-TLN-EFB P |
| Plaintiff, | [~~PROPOSED~~] ORDER |
| v. | |
| **SHMARYAHU BROWNSTEIN, et al.,** | |
| Defendants. | |

    The Office of the Attorney General is specially appearing in this matter to request an extension of time to execute service waivers. Good cause appearing, the first request for an extension of time in which to execute service waivers for Defendants Brownstein, Eshelman, Muhammed, Safanov, Richy, and Lee is GRANTED. Brownstein, Eshelman, Muhammed, Safanov, Richy, and Lee will have thirty days from the date of this order to execute waivers of service.

Dated:  April 7, 2022.

_____
The Honorable Edmund F. Brennan