UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AKIVA AVIKAIDA ISRAEL,<br><br>Plaintiff,<br><br>v.<br><br>RABBI SHMARY, et al.,<br><br>Defendants. | No. 2:21-cv-0262-TLN-EFB P<br><br><br><br>ORDER |

Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. She requests an extension of time to comply with the court's March 29, 2022 order directing her to provide new information about how to locate defendant Lainez for service of process.

Good cause appearing, it is ORDERED that plaintiff's request (ECF No. 42) is granted as follows:

1. The Clerk of the Court shall send plaintiff a USM-285 form.
2. Within 30 days from the date this order is served, plaintiff must submit to the court new instructions/identifying information for service of process on defendant Lainez.
3. Failure to comply with this order or to show good cause for such failure will result in a recommendation that defendant Lainez be dismissed pursuant to Rule 4(m).

Dated: May 3, 2022.

*/s/ Edmund F. Brennan*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE