IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **AKIVA AVIKAIDA ISRAEL,**<br><br>Plaintiff,<br><br>v.<br><br>**SHMARYAHU BROWNSTEIN, et al.,**<br><br>Defendants. | Case No. 2:21-cv-00262-TLN-EFB (PC)<br><br>[~~PROPOSED~~] ORDER |

**GOOD CAUSE APPEARING**, Defendants Brownstein, Eshelman, Muhammed, Safanov, Richy, and Lee's request for a ninety (90) day extension of time to file a responsive pleading is **GRANTED.** Brownstein, Eshelman, Muhammed, Safanov, Richy, and Lee have until August 8, 2022 to file a responsive pleading.

Dated:  May 3, 2022.

_(signature)_
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE