1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11     AKIVA AVIKAIDA ISRAEL,                    No.  2:21-cv-00262-TLN-EFB

12                    Plaintiff,

13              v.                               **ORDER**

14     RABBI SHMARY, et al.,

15                    Defendants.

16

17          Plaintiff, a state prisoner proceeding *pro se*, has filed this civil rights action seeking relief

18     under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to

19     28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20          On June 13, 2022, the magistrate judge filed findings and recommendations herein which

21     were served on all parties and which contained notice to all parties that any objections to the

22     findings and recommendations were to be filed within fourteen days.  (ECF No. 46.)  Plaintiff has

23     filed objections to the findings and recommendations.[1]  (ECF Nos. 47, 48.)

24          In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this

25     Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the

26     Court finds the findings and recommendations to be supported by the record and by proper

27     _____

28          [1] The Court notes that Defendant Charles Richey, who Plaintiff references in her
       objections (*see* ECF Nos. 47, 48), has appeared in this action and remains a defendant.

1

1  analysis.

2        Accordingly, IT IS HEREBY ORDERED that:

3        1.  The Findings and Recommendations filed June 13, 2022 (ECF No. 46) are ADOPTED

4  in full; and

5        2.  Defendant Lainez is DISMISSED pursuant to Fed. R. Civ. P. 4(m).

6  **DATED:  August 15, 2022**

7

8

9  _____
   Troy L. Nunley
10   United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28