UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AKIVA AVIKAIDA ISRAEL,<br><br>Plaintiff,<br><br>v.<br><br>RABBI SHMARY, et al.,<br><br>Defendants. | No. 2:21-cv-00262-TLN-EFB (PC)<br><br><br><br>ORDER |

Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. She requests a twelve-day extension of time to file objections to the findings and recommendations filed on September 21, 2022.

Good cause appearing, plaintiff's request (ECF No. 56) is granted and plaintiff may file objections to the findings and recommendations on or before October 28, 2022.

Dated: October 13, 2022.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE