UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AKIVA AVIKAIDA ISRAEL,<br><br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>RABBI SHMARY, et al.,<br><br>　　　　　　Defendants. | No. 2:21-cv-00262-TLN-EFB<br><br>**ORDER** |

Plaintiff, a state prisoner proceeding *pro se*, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On September 21, 2022, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Although the Court granted Plaintiff an extension of time, neither Plaintiff nor Defendants have filed objections to the findings and recommendations.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

///

1. The findings and recommendations filed September 21, 2022, are ADOPTED IN FULL; and

2. Plaintiff's September 12, 2022 motion for temporary restraining (ECF No. 54) order is DENIED.

**DATE:  February 7, 2023**

Troy L. Nunley
United States District Judge