UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AKIVA AVIKAIDA ISRAEL,<br><br>Plaintiff,<br><br>v.<br><br>SHMARYAHU BROWNSTEIN, et al.,<br><br>Defendants. | No. 2:21-cv-00262-TLN-EFB (PC)<br><br><br><br>ORDER |

Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. She has filed a motion to postpone and request accommodations for her deposition, which was previously set for June 16, 2023.[1] ECF No. 73. Plaintiff requests that the deposition be postponed because (1) she must respond to a summary judgment motion by June 11, 2023, and (2) another case she is litigating has been referred to post-screening early alternative dispute resolution. *Id.* at 1, Ex. B. Plaintiff does not explain why these circumstances prevent her from meaningfully participating in her deposition as originally scheduled. Regardless, this portion of the motion (ECF No. 73) is DENIED as moot, given that the June 16, 2023 deposition never took place because of defense counsel's family emergency.

Plaintiff also requests unspecified accommodations for her deposition because she "suffers from various medical and mental disabilities which cause her to process information as well as negotiate environments, in a non-normative cognitive rate." *Id.* at 1. Plaintiff does not

---

[1] On June 29, 2023, defendants notified the court that the deposition was taken off calendar because defense counsel had a family emergency. ECF No. 75.

1

present any medical records to substantiate her claimed disabilities, nor does she describe the accommodations she is seeking. Accordingly, this portion of plaintiff's motion (ECF No. 73), is also DENIED.

Finally, defendants request that the discovery and scheduling order in this case be modified. ECF No. 75. After reviewing defendants' request, and good cause appearing, defendants' request is GRANTED. Defendants Brownstein, Eshelman, Muhammed, Safanov, Richy, and Lee shall have an additional thirty days, or until August 4, 2023, to complete all fact based discovery.

So ordered.

Dated: July 6, 2023.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE