**FILED**

DEC 05 2024

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
            DEPUTY CLERK

1   Akiva Israel

2   P.O. Box 409089

3   Ione, CA 95640

4            UNITED STATES DISTRICT COURT

5         EASTERN DISTRICT OF CALIFORNIA

6   AKIVA ISRAEL, Plaintiff;          No. 2:21-CV-00262-TLN-EFB (PC)

7      v.                             PLAINTIFF'S PRELIMINARY IN-

8   SHMARYAHU BROWNSTEIN, et al.,     JUNCTION FOR ENJOINING

9      Defendants.                    PARTIES AS REGARDS CHANUKAH

10       PLAINTIFF submits this injunction to enjoin defendants to

11   provide her Kosher foods, a menorah, olive oil, candles, a "shamash"

12   and prayer booklet for CHANUKAH this year (KISLEV 25 - TEVET

13   2, 5783 · כסלו - טבת ב' תשפ"ג), the last great Holy Day

14   not yet violated by defendants, remaining this cycle

15   b/w October thru December. The action filed by Israel re-

16   levant to this injunction includes a claim that defendants violated

17   her First Amendment right to freely exercise her religion, and

18   her right to practice her religion as guaranteed by the Religious

19   Land Use and Institutionalized Persons Act, 42 U.S.C. §2000cc

20   et seq. ("RLUIPA"). As alleged in the attached OBJECTIONS,

21   Defendant Rabbi Brownstein's refusal to provide for any of

22   Israel's Holy Day needs for the rest of 2022 violates her

23   First Amendment and federal statutory rights by improperly

24   impinging on her religious practice. Israel does not forfeit

25   all of the protections of the Constitution upon incarceration. See

26   Bell v. Wolfish, 441 U.S. 520, 545, 99 S.Ct. 1861, 60 L. Ed.

27   2d 447 (1979). Defendants' answers to the operative complaint

28   Yields the undisputed fact that Israel comes from a "Kosher

1   home" and is "Confirmed Jewish". See Exhi. "A" at PART II -
2   INMATE INTERVIEW, the "Comments" box therein, highlighted.
3   Evidence presented herein under Exhi. "B" clearly establishes
4   that the relief sought by this injunction are essential parts
5   of the practice of an observant Jew. Defendant Brown-
6   Stein's refusal, as stated via email to Dr. Jacques, to not
7   meet with Israel for the next 3 or more months is
8   not a neutral act. Said move spews a direct NEGATIVE
9   impact on Israel's ability to better herself or maintain herself
10   spiritually, as "actual harm is done to both the physical being
11   and the spirituality of the inmate". Kuperman v. N.H. Dep't
12   of Corr., Civil No. 06-cv-420-JD, 2007 at P6 under
13   I. A., recommendation and report adopted/approved,
14   Kuperman v. Warden, 2007, U.S. Dist. LEXIS 34900 (D.N.H.
15   May 11, 2007) (citing see e.g., Kuperman v. N.H. Dep't of Corr.,
16   2007 U.S. Dist. LEXIS 32859, Civ. No. 06CV420JD-) A mental
17   health expert has evaluated Plaintiff and found that she's at an
18   extremely high risk of death by suicide and requires prompt
19   spiritual counseling, as celebrating CHANUKAH forms a vital
20   component of her mental health. Irreparable harm, specifically
21   death induced by suicide, is sufficient as "irreparable harm"
22   to satisfy the requirement that one is to suffer irreparable
23   harm if the injunction is NOT granted. See Melendez v.
24   Sec'y, Fla. Dep't of Corr., 2022 U.S. App. LEXIS 10263,
25   No. 21-13455 & No. 22-10306, quoting therefrom:
26         (a) Melendez showed irreparable harm,
27             specifically
28                 death [via suicide].

1   So with Melendez (in said case), it is with Israel, insomuch
2   as she is at extremely high risk of suicide and other
3   serious injury due to her ongoing assault by defendants
4   against her jure divino or divine right to atone her anima
5   before her Creator and subsequently worsening mental
6   illness induced by enforced spiritual violation, to say
7   not least by defendants' wanton religious licentiousness.
8   Israel is not a Death Row Inmate. She serves a sentence
9   WITH the Possibility of Parole, meaning the People do not
10  require her to die in prison as punishment for her offense.
11  Thus, Israel staying alive does NOT disserve the public interest.
12  The public interest is served when constitutional rights ARE
13  protected and Israel has a constitutional right to
14  practice her religion unhampered needlessly by agents of
15  Government, which the defendants ARE. Unless this plaintiff
16  need be made a corpse, the balance of harms and the public
17  interest do favour granting the instant injunction. Israel also
18  is likely to succeed on her First Amendment freedom of religion
19  claim as to her conditions of confinement based on the record
20  evidence and hereto attached as Exhibit A. The length of
21  the approval of plaintiff's petition for a Kosher diet cannot
22  be ignored, 222 days about, in their answer to the operative
23  complaint, Defendant Brownsteins answered under oath
24  that he did interview Israel around September 01, 2020
25  thence shortly thereafter confirmed her ~~heredity~~.
26  hereditary Jewishness by multiple doctors of divinity,
27  each an ordained Rabbi, from The Aleph Institute,
28  but 222 days elasped until kosher food entered Israel's

1   mouth. No rational reason exists on record to show that the
2   defendants did NOT substantially burden Israel's exercise of
3   religion in part by unreasonably delaying her approval to
4   receive Kosher meals, thereby causing Israel to be
5   subjected to a deprivation that significantly hampered
6   her religious practice. See Smith V. Allen, 502 F.3d 1255,
7   1277 (11th Cir. 2007). Said irrational extended approval
8   term deprived this Jew the first ennumerated constitutional
9   guarantee of freedom of religious exercise unmolested
10   by officials of government that serve no legitimate
11   penological purpose and is offensive to the dignity of
12   one Jew's sincerely held religious beliefs.
13   Defendants have no intention of providing Israel with
14   adequate spiritual welfare treatment, and therefore
15   She seeks the instant injunction. Israel does have various
16   classes of serious mental illness, each of which motivate
17   self-harm. Among these are rapid-cycling bipolar disorder,
18   intermittent explosive disorder, schizophrenia and
19   post-traumatic stress disorder (PTSD). In support of
20   these Objections, Israel submits (1) reports authored by
21   various board-certified psychiatrists, psychologists and
22   clinicians, who each evaluated Israel, and diagnosed her with
23   various classes of serious mental illness and high risk
24   of suicide history; (2) plaintiff's declarations; (3)
25   CDCR records documenting Israel's self-harm; (4)
26   custodial and classification records; and (5) a declaration
27   from A. Aragon, a clinical social worker, who opines
28   that the foregoing could result in plaintiff's death,

1   Plaintiff also requests an evidentiary hearing.

2                      IRREPARABLE HARM

3   "As to the other injunction elements, the district court found that

4   Melendez demonstrated the threat of irreparable harm because

5   of his suicidal behavior [sic] and depression and because

6   potential death constituted the ultimate irreparable injury.

7   The court found the risk of harm to Defendants was minor,

8   given that FDC already maintained facilities equipped to

9   treat mentally ill prisoners. And the Court explained it

10  was in the public interest to ensure prisoners with

11  mental illness are humanely treated... The court further

12  explained that its relief was "narrowly drawn and ex-

13  tends no further than necessary to address the harm

14  [he] was facing when he filed his emergency motion,"

15  as its directives ensured Melendez's rights were not

16  further infringed in addition to safeguarding prison

17  staff interacting with him", quoting:

18                  Melendez v. Sec'y, Fla. Dep't of Corr.,

19                  2022 U.S. App. LEXIS 10263

20  Rabbi Brownstein emailed Dr. Jacques that he shall not

21  meet with Israel for any religious need this year. Hence,

22  said currently existing status quo itself is causing this

23  Jewish woman irreparable injury, specifically death; due that

24  She's at extremely high risk of death by suicide. It is

25  necessary to alter the situation herein described so as to prevent

26  the aforementioned injury. To date, in part, defendants

27  refused or failed to provide candles, clean Jewish —

28  ceremonial foods, drink and prayer worship and many other

1   ancient rites for: Eve of Rosh Hashanah (29 Elul 5782),

2                 First Day of Rosh Hashanah (1 Tishrei 5783),

3              Second Day of Rosh Hashanah (2 Tishrei 5783)

4             Eve of Yom Kippur (9 Tishrei 5783)

5             Yom Kippur (10 Tishrei 5783)

6   each being the Holiest Days in Judaism; See Israel v. Shmary,

7   2022 U.S. Dist. LEXIS 10162, 2022 WL 172844 (E.D. Cal. January

8   19, 2022). ECF No. 26 at 5 ; "the Holiest Days in Judaism: Yom Kippur

9   and Rosh Hashanah". Id. See Exhi. "B" which contains the Jewish

10   Calendar explicating and chronologically corroborating the above.

11                   INJUNCTIONS

12   The Prison Litigation Reform Act (PLRA) provides that the court

13   shall approve or grant ANY prospective relief so long as the court

14   finds that such relief is narrowly drawn, extends no further than

15   necessary to correct the violation of the Federal right, and is the

16   least intrusive means necessary to correct the violation of the

17   Federal right. 18 U.S.C.S. § 3626(a)(1)(A). Needing immediate

18   spiritual counseling and religious items for ___ ,

19   meets the "need - narrowness - intrusiveness criteria imposed

20   by PLRA, as held in Kuperman v. N.H. Dep't of Corr., 2007 U.S.

21   Dist. LEXIS 32859, Civ. No. 06-cv-420-JD.

22               DEFENDANTS' POSITION

23   Each defendant admits Plaintiff is Jewish and the one

24   argumentative posture by the Defense is Plaintiff may have

25   received from a third-party purchase non-Kosher food for

26   another inmate. As a result, in part, Plaintiff's Kosher

27   diet was terminated for life. Aforementioned adverse

28   cause of action does not achieve security and institutional

1    order, meaning said regulation is not connected to a valid pen-

2    ological objective. Kuperman v. N.H. Dep't of Corr., 2007 U.S.

3    Dist. LEXIS 32859, 06-cv-420-JD, at overview. ("An

4    analogy was drawn to a diabetic prisoner that was placed on a

5    special diet; if he were caught eating a candy bar, it would

6    not have been appropriate to remove him from his diet...

7    Moreover, there were any number of ways of punishing inmates

8    who did not stick to their prescribed meal plans that did not

9    involve taking them off of an essential diet."), report and

10   recommendation adopted, 06-cv-420-JD, 2007 U.S. Dist.

11   LEXIS 32859 (D.N.H. April 18, 2007).

12                    Discussion

13              I. The Four Preliminary Injunction Factors

14              A. Likelihood of Success on the Merits

15   In evaluating whether or not a particular prison regulation is

16   constitutional, courts consider four factors: (1) Whether the

17   regulation has a "valid, rational connection" to a legitimate pen-

18   ological objective, (2) "Whether any alternative means are open

19   to inmates to exercise the asserted right," (3) "What impact

20   an accommodation of the right would have on guards and inmates,

21   [*9] and prison resources," and (4) "Whether there are ready

22   alternatives to the regulation." Overton, 539 U.S. at 132 (citing

23   Turner, 482 U.S. at 89-91). The instant injunction intro-

24   duces evidence and applies it to the four Turner factors

25   set out above.

26              THE REGULATION IN QUESTION

27   As set forth in

28

# PROOF OF SERVICE BY MAIL

## BY PERSON IN STATE CUSTODY

(Fed. R. Civ. P. 5; 28 U.S.C. § 1746)

I, _Akiva I Israel_, declare:

I am over 18 years of age and a party to this action. I am a resident of _____

_____ _SVS_ Prison,

in the county of _Monterey_,

State of California. My prison address is: _P. O. Box 1050_,

_Soledad, CA 93960_.

On _12/1/24_,
    (DATE)

I served the attached: _3 Sets,     with SASE, of Plaintiff's Preliminary Injunction_

_for Court-Stamped Copy of First Page Only_
                    (DESCRIBE DOCUMENT)

on the parties herein by placing true and correct copies thereof, enclosed in a sealed envelope, with postage

thereon fully paid, in the United States Mail in a deposit box so provided at the above-named correctional

institution in which I am presently confined. The envelope was addressed as follows:

_U.S. COURTHOUSE_
_501 I ST., STE 4-200_
_Sacramento, CA 95814_

I declare under penalty of perjury under the laws of the United States of America that the foregoing

is true and correct.

Executed on _12-1-2024_                      _____
           (DATE)                                  (DECLARANT'S SIGNATURE)

Civ-69 (Rev. 9/97)                                        ::ODMA\PCDOCS\WORDPERFECT\22832\1

# EXHIBIT
# COVER PAGE

$$A$$

## Exhibit

Description of exhibit _____ RELIGIOUS DIET PROGRAM
_____ PETITION, CDCR Form 3030 w/ Defendant Rabbi
Browinstein's LAWFUL SIGNATURE time-stamped: "JAN 25 2021"
but time stamp of transaction origination for this petition is
"9-1-2020" a difference of 147 calendar days and
about 75 days elapsed additionally until Kosher food
entered ISRAEL's mouth & she received said
interview.

Number of pages to this exhibit _____ 1 _____

STATE OF CALIFORNIA
RELIGIOUS DIET PROGRAM REQUEST
CDCR 3030 (Rev. 04/16)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

PAGE 1 OF 1

## PART I - INMATE RELIGIOUS DIET PROGRAM   *(Completed by Inmate)*

Religious Meal Option Requested: *(Check one)*

☐ Vegetarian  A vegetarian protein substituted when meat is served on the CDCR menu
☑ Kosher  A kosher-certified diet for inmates who must adhere to kosher laws for religious/spiritual requirements
☐ Religious Meat Alternate (RMA)  A halal-certified meat substituted at the dinner meal when meat is served

| INMATE NAME: *(please print)* | CDCR#: | INMATE SIGNATURE: | DATE: |
|---|---|---|---|
| AKiva Israel | BJ0177 | *(signature)* | 9-1-2020 |
| INSTITUTION: | HOUSING: | RELIGIOUS/SPIRITUAL AFFILIATION: | |
| MCSP | A3-103 | Sefardic Jewish | |

COMMENTS:   Holy Scripture (see Leviticus Chapter 11

### ATTACH DOCUMENTATION TO SUPPORT YOUR REQUEST *(Optional)*

### *(Inmates Do Not Write Below This Line)*

## PART II - INMATE INTERVIEW   *(Completed by Chaplain or Designee)*

| CHAPLAIN OR DESIGNEE: *(Please print)* | DATE OF INMATE INTERVIEW: |
|---|---|
| Rabbi Shmary | 09/02/20 |

*(Check when completed)*

☑ Interview Questions  (Kosher or RMA diets only)
☑ CDCR Form 3030-A (Reviewed and signed by inmate and Chaplain for all religious diets)

☐ Approved   ☑ Referred to Religious Review Committee (RRC) for Determination

COMMENTS:   This inmate is confirmed Jewish, from a kosher home. There was
1 item in package, please approve.

| CHAPLAIN OR DESIGNEE SIGNATURE: | DATE: |
|---|---|
| *(signature)* | 12/07/20 |

## PART III – RELIGIOUS REVIEW COMMITTEE REFERRAL   *(Completed by RRC if referred by Chaplain or Designee)*

☑ Review of interview questions and comments
☑ Review of inmate supporting documents *(if supplied)*
☑ Review of additional documentation supplied by staff *(e.g., Quarterly Package, Canteen Draw, etc.)*

Date reviewed by RRC: _____   ☑ Approved  ☐ Denied

COMMENTS:
Ordered chicken product in August - however request has enough supporting info to approve

| RRC CHAIR OR DESIGNEE: *(please print)* | RRC CHAIR OR DESIGNEE SIGNATURE: | DATE: |
|---|---|---|
| | *(signature)* | 1/7/21 |

DISTRIBUTION: Original – C-File   Copies - Inmate, RRC, CFM, CRM

JAN 25 2021

STATE OF CALIFORNIA
RELIGIOUS DIET PROGRAM AGREEMENT
CDCR 3030-A (Rev. 04/16)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

PAGE 1 OF 1

**Religious Diet Requested:** *(check one)*

☐ VEGETARIAN DIET PROGRAM   ☑ KOSHER DIET PROGRAM   ☐ RELIGIOUS MEAT ALTERNATE DIET PROGRAM

I understand that in order for me to participate in a Religious Diet Program, specific foods may be purchased and specialized food preparation practices may be utilized. Therefore I agree to the following conditions:

1. I understand that if I voluntarily request to withdraw from the Religious Diet Program, I must do so in writing by completing a CDCR 3030-D Religious Diet Program Cancellation Request Form and that I must wait for a minimum of one year before requesting to be reinstated in any religious diet.
2. During meals, I will consume and possess on my food tray only those food items served as part of the Religious Diet Program. If, for any reason, I am not provided my specified religious diet meal, I shall be permitted to eat foods that are not part of the Religious Diet Program and it shall not be deemed a violation of this Agreement. I will not store religious food items (other than canteen items) in my cell and I will follow all CDCR policies and regulations for dining in my institution.
3. I may not purchase or consume any food items that are not part of my religious diet. I understand that my quarterly packages and canteen purchases may be routinely monitored.
4. I will not eat from the general population diet which is in conflict with my religious diet. I will not "double-back" in order to obtain a second meal, either regular or religious.
5. I will consistently pick up my religious diet meals. I understand that a record may be kept indicating when I pick up my religious meals.
6. I will not give away, trade, or sell any portion of my religious meals received through the Religious Diet Program.
7. I understand that should I violate one of these provisions:
   a. I will receive one (1) written warning, but will be allowed to continue to participate in the Religious Diet Program.
   b. I further understand that should I violate any of these provisions a second time within (6) months from the date of the first violation, I may be removed from the Religious Diet Program. I further understand that I may reapply in a minimum of six (6) months from the date of the second violation.
8. I also understand that the Religious Review Committee (RRC) shall determine whether I violated any of these provisions, and the RRC may remove me from the Religious Diet Program if I am found to be in violation.

By my signature below, I acknowledge that I have read and discussed the contents of this Agreement with an Institution Chaplain. I further agree that if permitted to participate in the Religious Diet Program, I will abide by the conditions set forth in this agreement.

| Inmate Name: *(Please print)* | Inmate CDCR #: |
|---|---|
| AKiva Israel | BJ0177 |
| Inmate Signature: | Date: 9-2-2020 |
| Chaplain, RRC Chairperson, or Designee: *(Please print)* | Date: 09/02/20 |
| Rabbi Shmery | |
| Chaplain, RRC Chairperson, or Designee Signature: | |

Distribution: Original – C-File    Copy - Inmate, RRC, CFM, CRM

# EXHIBIT
# COVER PAGE

*B*

## Exhibit

Description of exhibit ___JEWISH SACRED CALENDAR___

_____

_____

Number of pages to this exhibit _____6_____



# 2022-23 · 5783 CALENDAR

aleph INSTITUTE

Credit: Ofra Friedland – Jerusalem, Israel | +972-52-658-8303 - Ofra@ofrafriedland.com

## "Keeping Track of Jewish Time"

...es essential daily prayers, candle-lighting blessings, rules of ...er food and catalog of religious books and ritual materials.

...stitutional Staff:

...ar is an essential religious item for Jewish inmates to exercise their constitutionally-...ht to practice their religion. Among other things, it contains dates and times for religious ...s, prayers and other material not available in secular calendars. Accordingly, Jewish ...uld be allowed ready access to their calendars while at their respective facilities or during ...his calendar has also been designed to comply with all institutional regulations, and ...pies are available at no charge from Aleph for institutional staff or chaplains. If you have ...ns, contact your Chaplain, your Central Office and/or Aleph Institute at 305-864-5553.

*Dedicated in loving memory of*

## Lloyd S. Rubin

*a former federal inmate, generous supporter and President of The Aleph Institute for over 20 years. His memory will live on as someone who was devoted to improving the lives of Jewish incarcerated individuals all across America.*

# THE ALEPH INSTITUTE MISSION

*The Aleph Institute is a not-for-profit national educational and humanitarian organization serving the unique needs of Jews in diverse and limited environments such as the military, confinement facilities and everywhere they and their families can become isolated from their Jewish heritage.*

- Educational & Religious Materials
- Religious Freedom Advocacy
- Tefillin Bank
- Correspondence Courses

### Prison Programs
- Rabbinical Visitations Nationwide
- Aleph Visitations Circle
- Alternative Sentencing Proposals
- Faith-Based Rehabilitation Programs
- Re-Entry Programs
- Ethics Education
- Yeshiva in Prison Program
- Torah On-The-Phone

### Military Programs
- Military / Lay Leader Training Program and Shabbat Retreat
- "Aleph House" Center for Jewish Military Personnel at Columbia / Fort Jackson, SC

### Family Services
- Family Counseling and Support Groups
- Family Visitations Assistance
- Chanukah Gift Program
- "Camp for Kids" Summer Programs



The Aleph Institute was founded in 1981 by Rabbi Sholom D. Lipskar at the express direction of the Lubavitcher Rebbe (May His Merit Shield Us). Over the past forty one years, Aleph has evolved into the nation's most potent and effective advocate for Jews in restricted environments and has grown to become the foremost agency in improving their quality of life. Its very existence is a source of constant strength to those Jews that are often overlooked by the Jewish community.

Aleph has received just praise from significant U.S. Military Leaders, Judicial Personnel, Justice Department Officials and Legislators who have lauded Aleph's educational and humanitarian accomplishments. Aleph has been accorded a unique level of trust and responsibility in serving "Our Forgotten People." Aleph's programs and services are designed for participants to attain maximum benefit given the constraints of their environments. The fact that these approaches also serve as useful frameworks for general outreach efforts indicates the enduring nature and efficacy of the philosophies employed by Aleph in its quest to benefit military personnel, inmates and their families.

The Aleph Institute philosophy is founded on the famous dictum of Rabbi Akiva. "To love your fellow man as yourself is a great principle of the Torah." The integration of this insight has formed the foundation of the Aleph Institute's mission, animating a wide-range of programs and stimulating current goals for achieving enhanced effectiveness and even greater impact in the years ahead.



Tashlich. Oil on canvas, by Zalman Kleinman.

## THE MONTH OF ELUL

Elul is the final month of the Jewish year. It is a month that connects the past year with the coming year—a time when we reflect on where we stand and where we should be going, a time that has been designated as a time of mercy and forgiveness, and an opportune time for teshuvah—returning to G-d.

On 1 Elul. Moses ascended Mt. Sinai, for the third time, with the tablets he had carved. The next 40 days, till Yom Kippur, were days of Divine acceptance and favor, during which G-d's mercy was aroused to totally forgive His people. We reenact this year by year, devoting time during the month of Elul (and the Ten Days of Teshuvah till Yom Kippur) to review our ways, seeking to correct whatever needs correcting in thought, speech and deed.

During this month we have our Mezuzot and Tefillin checked, study more Torah, give more charity, pray with more feeling, and make good resolutions for the coming year. After prayers each morning (except Shabbat), it is customary to blow Shofar.

## ELUL 18

Birthday of Rabbi Yisrael Baal Shem Tov (1698–1760), founder of Chassidism, renowned for his love of every Jew. Birthday of Rabbi Shneur Zalman of Liadi (1745–1812), known as the Alter Rebbe, founder of the Chabad-Lubavitch intellectual branch of Chassidism, author of Tanya and Shulchan Aruch HaRav.

## ELUL 22

First day, this year, for saying Selichot, "prayers for forgiveness." The first Selichot are said early Sunday morning after midnight (about 1:00 a.m. when Daylight Savings Time is in effect). The other Selichot are said before dawn or in the early morning.

## TISHREI 1-2 | ROSH HASHANAH

Rosh Hashanah ("Head of the Year"), the Jewish New Year, is celebrated as a two-day holiday. On these days the Heavenly Court decides all that is to happen to all beings during the coming year.

It is customary on Rosh Hashanah to eat foods symbolizing sweetness, blessings and abundance. We dip the challah in honey; and afterwards, on the first night of the holiday, Sept. 25, we eat a piece of apple dipped in honey. After the appropriate blessing on the apple, we add: "May it be Your will to renew for us a good and sweet year."

## The Shofar

On both days of Rosh Hashanah, Monday and Tuesday, Sept. 26 and 27 during the daytime, we hear at least the first thirty of the prescribed blasts of the Shofar (ram's horn).

## Tashlich

On the first day of Rosh Hashanah, Monday, Sept. 26, following the afternoon prayer, we visit a body of water or pond containing live fish and recite the Tashlich prayers.

## TISHREI 3 | FAST OF GEDALIAH

Gedaliah was a righteous Jewish governor appointed by the Babylonian conquerors after they destroyed the First Temple. When he was assassinated (422 BCE), our people's plight hit an extreme low. This fast day commemorates this tragic event.

## 5783 — YEAR OF HAKHEL

Every seventh year, upon the conclusion of the Sabbatical (Shemittah) year, a great event used to take place, called Hakhel. Hakhel (literally, "gather together") meant that all the Jewish people—men, women, and even little babies—would come to the Holy Temple on the first weekday of Sukkot to hear the king read certain sections of the Torah. This dramatic event would inspire everyone with renewed enthusiasm to learn and keep all that is written in the Torah.

Nowadays we can observe Hakhel Year by making regular gatherings of men, women and children for the purpose of learning Torah and strengthening our observance of the mitzvot.

[…] make sure you receive free High Holiday [m]aterials from Aleph, please put in a written [reques]t to your chaplain to place an order with Aleph.

[Aleph] only sends holiday order forms and the Aleph [Advi]sory by mail to chaplains. Chaplains, please [em]ail us at receptionist@aleph-institute.org [or] call 305-864-5553 with an email address

DO YOU KNOW A JEWISH INCARCERATED INDIVIDUAL WHO IS NOT A MEMBER OF ALEPH?
Please have them send Aleph a letter or email:
receptionist@aleph-institute.org

ALEPH OFFERS ADVOCACY ASSISTANCE TO INCARCERATED INDIVIDUALS WHO NEED HELP WITH MEDICAL, RELIGIOUS OR DISCRIMINATION ISSUES.
Please write to Advocacy c/o Aleph, or email us at

## SEPTEMBER 2022

TIMES SHOWN ARE DAYLIGHT SAVING TIME FOR GREATER MIAMI

| | ATLANTA | BUFFALO | CHICAGO | DALLAS | DENVER | HARRISBURG |
|---|---|---|---|---|---|---|
| 2 | 7:44 | 7:30 | 7:02 | 7:33 | 7:11 | 7:19 |
| 9 | 7:34 | 7:18 | 6:50 | 7:23 | 7:00 | 7:08 |
| 16 | 7:25 | 7:05 | 6:38 | 7:14 | 6:49 | 6:56 |
| 23 | 7:15 | 6:53 | 6:26 | 7:04 | 6:37 | 6:45 |
| 25 | 7:12 | 6:49 | 6:23 | 7:02 | 6:34 | 6:41 |
| 30 | 7:05 | 6:40 | 6:14 | 6:55 | 6:26 | 6:33 |

CANDLE LIGHTING TIMES • SHABBAT ENDS APPROX. 65 MINUTES AFTER CANDLE LIGHTING

| | MINNEAPOLIS | LOS ANGELES | MINNEAPOLIS | NEW YORK | ST. LOUIS | SEATTLE |
|---|---|---|---|---|---|---|
| 2 | 7:56 | 7:00 | 7:28 | 7:08 | 7:11 | 7:29 |
| 9 | 7:45 | 6:50 | 7:17 | 6:57 | 7:01 | 7:15 |
| 16 | 7:33 | 6:40 | 7:01 | 6:45 | 6:49 | 7:01 |
| 23 | 7:22 | 6:30 | 6:48 | 6:33 | 6:38 | 6:47 |
| 25 | 7:19 | 6:28 | 6:44 | 6:30 | 6:35 | 6:43 |
| 30 | 7:10 | 6:21 | 6:35 | 6:22 | 6:27 | 6:32 |

CANDLE LIGHTING TIMES • SHABBAT ENDS APPROX. 65 MINUTES AFTER CANDLE LIGHTING

**For More Information on the High Holidays Visit www.JewishNewYear.org**

**1** ה אלול 5 Elul

**2** ו אלול 6 Elul — Light candles at 7:21 p.m. MIAMI

**3** ז אלול 7 Elul — שופטים SHOFTIM Avot: chapter — Shabbat ends at 8:12 MIAMI

**4** ח אלול 8 Elul

**5** Labor Day ט אלול 9 Elul

**6** י אלול 10 Elul

**7** יא אלול 11 Elul

**8** יב אלול 12 Elul

**9** יג אלול 13 Elul — Light candles at 7:13 p.m. MIAMI

**10** יד אלול 14 Elul — תצא KI TEITZ Avot: chapters — Shabbat ends at 8:04 MIAMI

**Wednesday September 28th is a Fast Day! Arrange for a Sack Dinner from Your Chaplain! Contact Us If You Are Experiencing Problems Obtaining It.**

**12** טו אלול 15 Elul

**13** טז אלול 16 Elul

**14** יז אלול 17 Elul

**15** יח אלול 18 Elul *Birthday of the Baal Shem Tov and Rabbi Schneur Zalman of Liadi*

**16** יט אלול 19 Elul *Happy Birthday Yocheved Claire*

**17** כ אלול 20 Elul — Light candles at 7:06 p.m. MIAMI

**18** כא אלול 21 Elul — תבוא KI TAVO Avot: chapters 3 — Shabbat Selic Shabbat ends at 7:57

*Happy Birthday Lisa Leavitt*

**Chaplains, family or friends can order Jewish books and materials for you from: www.jewishsupply.com**

**19** כב אלול 22 Elul

**20** כג אלול 23 Elul *Happy Birthday Miriam Moni Mentsch*

**21** כד אלול 24 Elul

**22** כה אלול 25 Elul

**23** כו אלול 26 Elul

**24** כז אלול 27 Elul — Light candles at 6:58 p.m. MIAMI

כח אלול 28 Elul — נים NITZA Avot: — Shabbat ends at 7:49

**Aleph now offers TORAH ON THE PHONE** will arrange for someone to study with you on the phone once a week. Please email options@aleph-institute.org or send a letter to "Torah on the Phone" c/o Aleph

**Aleph will arrange for you to have a Sukkah. Please contact us if you need a Sukkah at your facility.**

כט אלול 29 Elul Eve of the ch Tzedek New Moon: 9:00... — ערב ראש השנה Eve of Rosh Hashanah — Light candles at 6:56 p.m. MIAMI

**26** NO TEFILLIN Religious Work Proscription — א תשרי 1 Tishrei Tashlich — יום א דראש השנה First day of ROSH HASHANAH — Light candles after 7:47 p.m. MIAMI

**27** NO TEFILLIN Religious Work Proscription — ב תשרי 2 Tishrei — יום ב דראש השנה Second day of ROSH HASHANAH — Yom Tov ends at 7:45 p.m. MIAMI

**28** ג תשרי 3 Tishrei — צום גדליה FAST OF GEDALIAH Fast begins at 6:01 a.m. Fast ends at 7:35 p.m. MIAMI

**29** ד תשרי 4 Tishrei

**30** ה תשרי 5 Tishrei — Light candles at 6:50 p.m. MIAMI

*Thank You Aleph for caring and placing my so somewhere he f safe.*

# THE ALEPH INSTITUTE

9540 COLLINS AVENUE • SURFSIDE, FL 33154 • PHONE (305) 864-5553 • FAX (305) 864-56
WWW.ALEPH-INSTITUTE.ORG • EMAIL: INFO@ALEPH-INSTITUTE.ORG

Tishrei–Cheshvan 5783 • תשרי־חשון תשפ"ג

### TISHREI 6
Yahrtzeit of Rebbetzin Chana Schneerson (1880–1964), mother of the Lubavitcher Rebbe.

### THE EVE OF YOM KIPPUR
"One who feasts on the day before Yom Kippur," our Sages proclaim, "is as though he fasted two days." G-d asks us to fast, so that He can clean up our souls. But He is concerned for our health, and so asks us to fill up the day before. Parents bless their children today. And people with unresolved issues standing between them ask forgiveness from one another. After all, G-d cannot forgive as long as the person who was hurt has not been asked forgiveness. And G-d's forgiveness mirrors our degree of forgiveness.

### TISHREI 10: YOM KIPPUR
Yom Kippur ("Day of Atonement") is the holiest day in the Jewish Year. So holy that the soul is "at one" with G-d. When you're at one, all is forgiven. There is a catch: Nothing must interfere with that oneness. That's why, from Tuesday evening, Oct. 4, until Wednesday night, Oct. 5 in addition to the prohibition of work—just like on Shabbat—there are five other off-limits activities: Eating and drinking, anointing with perfumes or lotions, marital relations, washing (for pleasure) and wearing leather shoes.

The custom is to wear white on Yom Kippur, mimicking the angels, creatures of light. In fact, the Sages tell us that our souls are higher than the angels, much higher. They are an actual spark of G-d, invested within the constraints of a body.

### TISHREI 15–21: SUKKOT
Sukkot is a joyous holiday. For seven days, we are once again the original people of Moses wandering in the wilderness, surrounded by the Clouds of Glory. Only now



those clouds are the greenery of a festive hut called a Sukkah. All meals are eaten in the Sukkah, barring inclement weather. All the common activities of life, when they happen inside the Sukkah, become holy acts. And all of the person is encompassed in this mitzvah, from head to toe.

### THE FOUR SPECIES
Each day of Sukkot, from Monday, Oct. 10, through Sunday, Oct. 16 (excluding Shabbat), we shake the Four Species during the daytime. Hold the lulav (palm branch), three hadassim (myrtle branches), and two aravot (willow branches) in the right hand, with the lulav's "spine" facing you. Say the appropriate blessing(s), then take the etrog (citron) in the left hand with the point, or "pitom," up, bring it together with the other three kinds, and shake it.

### TISHREI 21
The seventh day of Sukkot, Oct. 16, is called Hoshana Rabbah. It is customary to stay awake at night and recite portions of Torah and the Book of Psalms. In the morning, we circle the bimah (Torah reading platform) seven times, lulav and etrog in hand. Then we recite special prayers, called hoshanot, while holding five willow branches bound together. We beat the willow branches on the floor, symbolically sweetening G-d's judgment.

### TISHREI 22-23
On the evening of Simchat Torah (Monday, Oct. 17), and in some communities, on the evening of Shemini Atzeret as well, we make seven hakafot (circlings) around the bimah, singing and dancing with the Torah scrolls. On the morning of Simchat Torah, Oct. 18, the final portion of the Torah is read, completing the yearly cycle. Then we immediately read the first portion, beginning the cycle anew. Thus, we continue to delve into the infinite wisdom of G-d's Torah—the eternal force that has bound us together and sustained us for more than 3,300 years.



Simchat Torah, Oil on Canvas, by Elie Friedland

## WAITING FOR YOU TO COME HOME

*Love and Hugs,*



### FREE Pair of Tzitzis for Those Willing to Wear Them Daily!

Aleph is willing to send Jewish incarcerated individuals a free pair of Tzitzis. Before you request a free pair, you must complete the Aleph application form and Aleph has to confirm that you are Jewish. Most prisons and jails have specific rules about sending religious materials, and require a signed authorization form be sent to Aleph in advance so Aleph can send the Tzitzis with

## *Stay Strong!*
### WE LOVE YOU
### JARED F.

**We Love you Jacob N.**

OCTOBER 2022

| City | ATLANTA | BUFFALO | CHICAGO | DALLAS | DENVER | HARRISBURG |
|---|---|---|---|---|---|---|
| 4 | 7:00 | 6:33 | 6:07 | 6:50 | 6:19 | 6:27 |
| 7 | 6:56 | 6:28 | 6:02 | 6:46 | 6:15 | 6:22 |
| 9 | 6:53 | 6:25 | 5:59 | 6:43 | 6:11 | 6:19 |
| 10 | 7:47 | 7:23 | 6:58 | 7:37 | 7:08 | 7:15 |
| 14 | 6:47 | 6:16 | 5:51 | 6:37 | 6:04 | 6:11 |
| 16 | 6:44 | 6:13 | 5:47 | 6:35 | 6:01 | 6:08 |
| 17 | 7:38 | 7:12 | 6:48 | 7:29 | 6:58 | 7:05 |
| 21 | 6:38 | 6:05 | 5:43 | 6:29 | 5:54 | 6:01 |
| 28 | 6:31 | 5:55 | 5:30 | 6:22 | 5:45 | 5:51 |

CANDLE LIGHTING TIMES SHABBAT ENDS
APPROX. 65 MINUTES AFTER CANDLE LIGHTING

| City | PHILADELPHIA | LOS ANGELES | MINNEAPOLIS | NEW YORK | MIAMI | ST. LOUIS |
|---|---|---|---|---|---|---|
| 4 | 7:04 | 6:15 | 6:27 | 6:15 | 6:21 | 6:24 |
| 7 | 6:59 | 6:11 | 6:22 | 6:10 | 6:16 | 6:18 |
| 9 | 6:56 | 6:09 | 6:18 | 6:07 | 6:13 | 6:15 |
| 10 | 7:53 | 7:02 | 7:20 | 7:04 | 7:09 | 7:16 |
| 14 | 6:49 | 6:02 | 6:09 | 5:59 | 6:06 | 6:05 |
| 16 | 6:46 | 6:00 | 6:06 | 5:56 | 6:03 | 6:01 |
| 17 | 7:42 | 6:54 | 7:08 | 6:54 | 6:59 | 7:03 |
| 21 | 6:39 | 5:54 | 5:57 | 5:49 | 5:56 | 5:52 |
| 28 | 6:31 | 5:46 | 5:46 | 5:39 | 5:47 | 5:40 |

CANDLE LIGHTING TIMES SHABBAT ENDS
APPROX. 65 MINUTES AFTER CANDLE LIGHTING

**Wednesday Oct. 5th is a Fast Day!**
Arrange for Sack Dinners from Your Chaplain!
Contact Us If You Are Experiencing
Problems Obtaining It.

**1** | ו תשרי / 6 Tishrei
*Yahrzeit of Rebbetzin Chana Schneerson, mother of the Lubavitcher Rebbe*
וילך VAYELECH
Shabbat Shuva
Shabbat ends at 7:41 p.m.
MIAMI

**3** | ז תשרי / 7 Tishrei

**4** | ח תשרי / 8 Tishrei
*Happy Birthday Gregg*

**5** | ט תשרי / 9 Tishrei
ערב יום כפור Eve of Yom Kippur
Light candles at 6:46 p.m.
Fast begins at 7:00 p.m.

NO TEFILLIN
Religious Work Proscription
י תשרי / 10 Tishrei
יום כפור YOM KIPPUR
Yizkor
Yom Kippur ends at 7:37 p.m.

**6** | יא תשרי / 11 Tishrei
Aleph will arrange for you to have a Sukkah.
Please contact us if you need a Sukkah at your facility.

**7** | יב תשרי / 12 Tishrei
Light candles at 6:43 p.m.
MIAMI

**8** | יג תשרי / 13 Tishrei
*Yahrzeit of the Rebbe Maharash*
האזינו HA'AZINU
Shabbat ends at 7:34 p.m.
MIAMI

**10** | יד תשרי / 14 Tishrei
NO TEFILLIN
Religious Work Proscription
Columbus Day
ערב חג הסוכות Eve of Sukkot
Light candles at 6:41 p.m.
MIAMI

**11** | טו תשרי / 15 Tishrei
NO TEFILLIN
Religious Work Proscription
יום א דחג הסוכות First Day of SUKKOT
Light candles after 7:32 p.m.
MIAMI

**12** | טז תשרי / 16 Tishrei
NO TEFILLIN
יום ב דחג הסוכות Second Day of SUKKOT
Yom Tov ends at 7:31 p.m.
MIAMI

**13** | יז תשרי / 17 Tishrei
NO TEFILLIN
א דחול המועד סוכות 1st Intermediate Day of SUKKOT

**14** | יח תשרי / 18 Tishrei
NO TEFILLIN
*Happy Birthday Yechiel*
ב דחול המועד סוכות 2nd Intermediate Day of SUKKOT

**15** | יט תשרי / 19 Tishrei
ג דחול המועד סוכות 3rd Intermediate Day of SUKKOT
Light candles at 6:36 p.m.
MIAMI

ב תשרי / 20 Tishrei
ד דחול המועד סוכות 4th Intermediate Day of SUKKOT
Shabbat ends at 7:27 p.m.
MIAMI

**17** | כא תשרי / 21 Tishrei
NO TEFILLIN
Religious Work Proscription
הושענא רבה Hoshana Rabbah
Candles at 6:34 p.m.
MIAMI

**18** | כב תשרי / 22 Tishrei
NO TEFILLIN
Religious Work Proscription
שמיני עצרת SHEMINI ATZERET
Yizkor
Light candles after 7:25 p.m.
MIAMI

**19** | כג תשרי / 23 Tishrei
שמחת תורה SIMCHAT TORAH
Yom Tov ends at 7:25 p.m.
MIAMI

**20** | כד תשרי / 24 Tishrei
אסרו חג Isru Chag

**21** | כה תשרי / 25 Tishrei
*Yahrzeit of Rabbi Levi Yitzchok of Berdichev*

**22** | כו תשרי / 26 Tishrei
Light candles at 6:29 p.m.
MIAMI

כז תשרי / 27 Tishrei
בראשית BEREISHEET
Blessing of the new month
Shabbat ends at 7:21 p.m.
MIAMI

**24** | כח תשרי / 28 Tishrei

**25** | כט תשרי / 29 Tishrei

**26** | ל תשרי / 30 Tishrei
ראש חדש חשון Rosh Chodesh Cheshvan

**27** | א חשון / 1 Cheshvan
STAY STRONG
ראש חדש חשון Rosh Chodesh Cheshvan

**28** | ב חשון / 2 Cheshvan

**29** | ג חשון / 3 Cheshvan
Light candles at 6:24 p.m.
MIAMI

ד חשון / 4 Cheshvan
נח NOACH
Shabbat ends at 7:16 p.m.
MIAMI

**31** | ה חשון / 5 Cheshvan
ו חשון / 6 Cheshvan
ראש חדש חשון Rosh Chodesh Cheshvan
New Moon: 9:44 p.m.

# THE ALEPH INSTITUTE

9540 COLLINS AVENUE • SURFSIDE, FL 33154 • PHONE (305) 864-5553 • FAX (305) 864-5675
WWW.ALEPH-INSTITUTE.ORG • EMAIL: INFO@ALEPH-INSTITUTE.ORG

# EXHIBIT    C

Description of this Exhibit   SAFETY PLAN INTERVENTION

medically memorializing ISRAEL'S

Jewish Religious Practice Educes

Direct Impact on Her Physical Being,

Mental Health & Spiritual Maintenance

Number of Pages      2

**MCSP - Mule Creek State Prison**

Patient:        **ISRAEL, AKIVA AVIKAIDA**
DOB/Age/Sex:  1/3/1984   / 37 years   / Male            CDCR: BJ0177

---

## Mental Health Forms

**Patient Encounter Information**
ENCTR Information :   Encounter Info: Patient Name: AKIVA ISRAEL,DOB: 01/03/1984,,FIN: 81422,Facility: MCSP,Encounter
 Type: Inpatient MH

Lowry, Megan Psychologist - 10/24/2021 17:37 PDT

**Safety Plan Intervention**
Is SPI Required per Policy or Clinical Necessity? :   Yes - Required or clinically indicated
Reason for SPI :   Clinically indicated based upon SPI guidelines
SPI Patient Refused to Answer :   No
SPI Invite Patient to Fill Out Own Copy :   No
Step 1 Warning Signs :   1) Disruption to my appetite
2)Disengaging from favorite activities
3) Disengagig from meditation/introspection
Step 2 Independent Coping Skills :   1) Meditating
2) Reading
3) Writing- Letters, poetry, journalism
Step 3 Distracting People & Places :   1) LBGT Community
2) Chapel- yard- religious activities
3) Library
Step 4 People to Ask for Help :   1) Parents
2) My pen pal (ex-cellie)
3) My minister
Step 5 Professionals to Contact :   1) CCII Acosta
2) Dr. Shanilya
3) COD/CIT Team
Step 6 Means Safety :   1) Keeping my food intact
2) Contacting staff to alert them that I am in a crisis
Step 7 Reason to Live :   My love of life
Patient given copy of plan? :   Yes

Lowry, Megan Psychologist - 10/24/2021 17:37 PDT

---

## Mental Health IDTT MPage Forms

### MH Master Treatment Plan Entered On:  10/25/2021 11:00 PDT
### Performed On:  10/25/2021 9:00 PDT by Herrera-Riley, Millie Psychologist

**Patient Encounter Information**
ENCTR Information :   Encounter Info: Patient Name: AKIVA ISRAEL,DOB: 01/03/1984,,FIN: 81422,Facility: MCSP,Encounter
 Type: Inpatient MH

Herrera-Riley, Millie Psychologist - 10/25/2021 10:53 PDT

**IDTT Information MTP**

---

**MCSP - Mule Creek State Prison**

Patient: **ISRAEL, AKIVA AVIKAIDA**
DOB/Age/Sex: 1/3/1984  / 37 years  / Male          CDCR: BJ0177

## *Mental Health IDTT MPage Forms*

Indicators
Behaviors Exhibited - Appropriate or Calm or Cooperative or Smiles/Returns smile with interactions
Behaviors Exhibited - 10/23/2021 19:45 - Activated
Behaviors Exhibited - 10/23/2021 22:54 - Activated
Behaviors Exhibited - 10/24/2021 07:29 - Activated
Behaviors Exhibited - 10/24/2021 14:43 - Activated
Behaviors Exhibited - 10/24/2021 23:19 - Activated
Behaviors Exhibited - 10/25/2021 08:17 - Activated
Suicidal Ideation - None
Suicidal Ideation - 10/18/2021 21:47 - Activated
Suicidal Ideation - 10/18/2021 22:38 - Activated
Suicidal Ideation - 10/19/2021 09:00 - Activated
Suicidal Ideation - 10/19/2021 15:15 - Activated
Suicidal Ideation - 10/20/2021 15:22 - Activated
Suicidal Ideation - 10/21/2021 07:00 - Activated
Suicidal Ideation - 10/21/2021 15:00 - Activated
Suicidal Ideation - 10/22/2021 07:00 - Activated
Suicidal Ideation - 10/22/2021 16:00 - Activated
Suicidal Ideation - 10/22/2021 23:26 - Activated
Suicidal Ideation - 10/23/2021 07:31 - Activated
Suicidal Ideation - 10/23/2021 14:54 - Activated
Suicidal Ideation - 10/23/2021 22:54 - Activated
Suicidal Ideation - 10/24/2021 07:29 - Activated
Suicidal Ideation - 10/24/2021 14:43 - Activated
Suicidal Ideation - 10/24/2021 23:19 - Activated
Suicidal Ideation - 10/25/2021 08:17 - Activated
Interventions(Initiated):
Component: Consult With Social Service for Mood Evaluation(Initiated)
Status: Activated
Detail: By Phase End
Outcome  Description  Author
10/18/2021 11:21  pm Consult With Social Service for Mood Evaluation Cross, Rachel RN .Outpatient RN
10/19/2021 06:28  am Consult With Social Service for Mood Evaluation Saini, Jyoti RN .Inpatient RN
10/19/2021 03:16  pm Consult With Social Service for Mood Evaluation Uppal, Parmjit RN .Inpatient RN
10/20/2021 06:18  am Consult With Social Service for Mood Evaluation Uppal, Parmjit RN .Inpatient RN
10/20/2021 02:08  pm Consult With Social Service for Mood Evaluation Uppal, Parmjit RN .Inpatient RN
10/21/2021 06:35  am Consult With Social Service for Mood Evaluation Bhathal, Kiranjit RN .Outpatient RN
10/21/2021 02:46  pm Consult With Social Service for Mood Evaluation Bhathal, Kiranjit RN .Outpatient RN
10/22/2021 06:34  am Consult With Social Service for Mood Evaluation Fakunle, Iyabode RN .Inpatient RN
10/22/2021 10:57  pm Consult With Social Service for Mood Evaluation Majalya, Juliet RN .Outpatient RN
10/23/2021 07:12  am Consult With Social Service for Mood Evaluation Barkalow, Rosalinda RN .Outpatient RN
10/23/2021 07:45  pm Consult With Social Service for Mood Evaluation Landell, Stephannie RN .Outpatient RN
10/23/2021 11:21  pm Consult With Social Service for Mood Evaluation Majalya, Juliet RN .Outpatient RN
10/24/2021 02:22  pm Consult With Social Service for Mood Evaluation Uppal, Parmjit RN .Inpatient RN
10/24/2021 11:16  pm Consult With Social Service for Mood Evaluation Majalya, Juliet RN .Outpatient RN
10/25/2021 09:58  am Consult With Social Service for Mood Evaluation Herrera, Aubrey RN .Inpatient RN

# EXHIBIT _D_

Description of this Exhibit _Medical History of_
_Suicide_
_____
_____
_____

Number of Pages _____

STATE OF CALIFORNIA — DEPARTMENT OF CORRECTIONS AND REHABILITATION                    GAVIN NEWSOM, GOVERNOR

**DIVISION OF CORRECTIONAL HEALTH CARE SERVICES**
P.O. Box 409099
IONE, CA 95640



## Declaration of Custodian of Records
## Department of Corrections and Rehabilitation,

## <u>MULE CREEK STATE PRISON</u>
*(Facility)*

I, <u>,N. Voss HEALTH RECORDS TECH. I,</u> am the duly authorized custodian of medical
       NAME              TITLE
records and/or other qualified witness for the Department of Corrections and Rehabilitation.

A medical file is maintained on each inmate housed in the California Department of Corrections and
Rehabilitation.  The file is maintained by the medical department of the institution housing the inmate,
and transferred with the inmate to any other institution.

Documents relating to an inmate's medical examinations, treatment and care are maintained in the
medical file.  The contents enclosed represent the latest information received in written form.  It may be
outdated as the result of new or revised information, which has not yet been received or filed.  The
documents and entries in documents pertaining to an inmate are prepared at or near the time of the
examination, treatment or care of an inmate by persons with personal knowledge of the examination,
treatment or care of the inmate.

The copies of the Unit Health Record presented herein, contain the true documents that represent current
information received in written form, for inmate:

         Israel, Akiva                      **BJ0177**
      Name of Inmate/Patient               CDC Number

and maintained in the regular course of business by the California Department of Corrections and
Rehabilitation.

---

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and
correct to the best of my knowledge and belief.

      Nancy Voss <u>HRT I</u>                       N. Voss
       Print Name and Title

                                        Signature

                                        09-26-2022
                                        Date



CALIFORNIA CORRECTIONAL
**HEALTH CARE SERVICES**

**MCSP - Mule Creek State Prison**
4001 Highway 104
Ione, CA 95640-

**Patient:**       **ISRAEL, AKIVA AVIKAIDA**
DOB/Age/Sex:    1/3/1984    38 years    Male          CDCR #:    BJ0177
Encounter Date:  11/25/2019                                            PID #:     12207800
Attending:       Smith,Kevin P&S                                  Referring:

## Mental Health - Nursing

No data exists for this section

## Mental Health Documentation

Document Type:                              MHPC Consult Routine Progress Note
Document Subject:                           MH Consult Note
Service Date/Time:                          9/20/2022 13:07 PDT
Result Status:                              Auth (Verified)
Perform Information:                        Jacques,Stephanie Social Worker (9/20/2022 13:31 PDT)
Sign Information:                           Jacques,Stephanie Social Worker (9/20/2022 13:31 PDT)
Authentication Information:                 Jacques,Stephanie Social Worker (9/20/2022 13:31 PDT)

**Inmate's Program and Level of Care**
IP is currently CCCMS LOC at MCSP.

**New Issues/Complaints**
IP was seen for routine consult and routine srashe in confidential setting by PC.  IP
submitted 1824 form regarding blow up doll that was in housing unit, and was already seen
for this last week by PC (MH Consult Note dated 9/13/22).  She had committee today, and
is recommended for transfer to CMC with alternate of VSP, which she is looking forward
to. She saw psychiatrist last week and will continue to take Vistaril. She shared excerpt
from journal from last week regarding blow up doll officers made in housing unit, and how
it made her feel.

**Current Status of Illness**
IP did not appear in acute distress at time of contact, and reports MH symptoms are stable
today.

**Mental Status**
IP dressed in clean CDCR clothing, yellow vest, grooming and hygiene were good.  Mood
was calm, affect broad.  No perceptual disturbances observed or reported. Thought process
was linear and logical.  IP was future oriented.  Insight and judgment are good. IP reports
she still does not have hearing aids.  Medical doctor was contacted by PC last week, and he
put in another order for her to be followed up with by audiologist.

**Mental Health Assessments**
IP does not need higher level of care at this time.

**Estimated Length of Stay**
IP will remain at CCCMS LOC until annual IDTT where treatment team will discuss
appropriate level of care for IP.  She is currently prescribed psych medication.

**Assessment/Progress Towards Discharge**
1. Seizure disorder
2. Breast mass

**Active Consult Orders**
MHPC Consult Routine - Completed
 -- 09/13/22 12:00:00 PDT, 09/12/22 13:42:00
PDT, IP requests to see PC, 7 days, Schedule
once within 5 business days, Ms. Jacques,
137.252.9.99.20220901121816492154011213
5#1.00, 09/12/22, 09/19/22 23:59:00 PDT
MHPC Consult Routine - Ordered
 -- 09/20/22 12:30:00 PDT, 09/15/22 8:30:00
PDT, IP requests to see PC, 7 days, Schedule
once with Ms. Jacques on D Yard, x, 09/15/22,
09/22/22 23:59:00 PDT

**Problem List/Past Medical History**
Ongoing
Asthma
Borderline personality disorder
Chronic migraine
Gender dysphoria
Gender dysphoria in adolescents and adults
Generalized anxiety disorder
Generalized anxiety disorder
GERD (gastroesophageal reflux disease)
Healthcare maintenance
Hearing impairment
MDD (major depressive disorder)
Mixed hyperlipidemia
Moderate persistent asthma
Noncompliance by refusing service
PTSD (post-traumatic stress disorder)
Seizure disorder

Report Request ID:  60464293                              Print Date/Time:   9/26/2022 11:47 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged
information intended for the recipient only.

**MCSP - Mule Creek State Prison**

Patient: **ISRAEL, AKIVA AVIKAIDA**
DOB/Age/Sex: 1/3/1984   / 38 years   / Male          CDCR: BJ0177

## *Mental Health Documentation*

Hearing loss
Orders:
MH ML CCCMS Suicide Risk Evaluation

**Plan/Disposition**
IP will be seen by MH every 90 days for routine contact.

Transgender
Historical
Abdominal pain
Adjustment disorders, With anxiety
Elevated alanine aminotransferase (ALT)
  level

**IPOC Goals**
**Current IPOCs**
**Goals():**
Protocol Episodic(Initiated)  12/31/2021 10:55
  **Headache**
Anxiety IPOC(Initiated)  11/09/2021 12:01
  **Indicators & Orders**
Anxiety IPOC(Initiated)  11/09/2021 12:01
  **Outcomes & Interventions**
  **Outcomes(Initiated):**
  Reduce anxiety - rated as a 2 or below as
  measured by self report by next IDTT
  interval(Initiated)
  No significant barriers to progress.(Initiated)

**Scales and Assessments Interpretations
(for assessments without
interpretations, please manually enter
one here)**
No results documented

**Endorsed Suicide Documentation**
ACUTE RISK: Low (06/03/22 11:50:00)
CHRONIC RISK: Moderate (06/03/22
11:50:00)
CSSRS Intensity of Ideation Total Score: 2
(06/03/22 11:50:00)
CSSRS Lifetime, Most Severe Ideation: Started
to plan the details of how to kill themselves
with intention to carry out this plan (06/03/22
11:50:00)

**Encounter Info:** Patient Name: AKIVA ISRAEL,DOB: 01/03/1984,CDCR: BJ0177,FIN: 10000002712207800BJ0177,Facility: MCSP,Encounter
Type: Institutional Encounter

Electronically Signed on 09/20/2022 01:31 PM PDT

Jacques, Stephanie Social Worker, Social Wor

## *Mental Health Forms*

Report Request ID:     60464293                                    Print Date/Time:   9/26/2022 11:47 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged
information intended for the recipient only.

**MCSP - Mule Creek State Prison**

Patient:        **ISRAEL, AKIVA AVIKAIDA**
DOB/Age/Sex:   1/3/1984    / 38 years    / Male          CDCR: BJ0177

| *Mental Health Forms* |
|---|

Suicide Risk and Self-Harm Evaluation Entered On: 9/20/2022 13:42 PDT
Performed On:  9/20/2022 13:31 PDT by Jacques, Stephanie Social Worker

**Patient Encounter Information**
ENCTR Information :   Encounter Info: Patient Name: AKIVA ISRAEL,DOB: 01/03/1984,,FIN:
10000002712207800BJ0177,Facility: MCSP,Encounter Type: Institutional Encounter
Jacques, Stephanie Social Worker - 9/20/2022 13:31 PDT

**Reason for Assessment**
Reason for Assessment :   One of the Four 90-Day follow-up Evaluation following Inpatient Discharge
Jacques, Stephanie Social Worker - 9/20/2022 13:31 PDT

Reason for Assessment: :   IP was seen for routine srashe in confidential setting by PC
Jacques, Stephanie Social Worker - 9/20/2022 15:55 PDT

Sources of information :   I/P Interview
Did the patient refuse to participate or are they currently unable to respond? :   No
Jacques, Stephanie Social Worker - 9/20/2022 13:31 PDT

**C-SSRS Suicidal Ideation**
Lifetime: Time he/she felt most suicidal :   IP reports that she has had several times in her life she has contemplated suicide, but two attempts in the past.  She denies suicideal ideation in the last one month.
CSSRS Non Specific Suicide Thought Cmnt :   IP reports that she has had several times in her life she has contemplated suicide, but two attempts in the past.  She denies suicideal ideation in the last one month.
CSSRS Suicidal Ideation w- Method Cmnt :   IP reports that she has had several times in her life she has contemplated suicide, but two attempts in the past.  She denies suicideal ideation in the last one month.
CSSRS Suicidal Ideation w-Intent Comment :   IP reports that she has had several times in her life she has contemplated suicide, but two attempts in the past.  She denies suicideal ideation in the last one month.
CSSRS Suicidal Ideation With Plan and Intent Comment :   IP reports that she has had several times in her life she has contemplated suicide, but two attempts in the past.  She denies suicideal ideation in the last one month.
Jacques, Stephanie Social Worker - 9/20/2022 15:55 PDT

CSSRS Wish to be Dead 2 :  Yes
1. Have you wished you were dead or wished you could go to sleep and not wake up? (ref) :   No
CSSRS NonSpecific Active Suicide Thought 2 :   Yes
2. Have you actually had any thoughts of killing yourself? (ref) :   No
CSSRS Suicide Idea w- Method No Intent 2 :   Yes
3. Have you been thinking about how you might do this? (ref) :   No
CSSRS Active Suicide Idea Intent no Plan 2 :   Yes
4. Have you had these thoughts and had some intention of acting on them? (ref) :   No
CSSRS Suicidal Ideation Intent w-Plan 2 :   Yes
5. Have you started to work out or worked out the details of how to kill yourself? Do you intend to carry out this plan? (ref) :   No
CSSRS Lifetime, Most Severe Ideation :   Started to plan the details of how to kill themselves with intention to carry out this plan
CSSRS Frequency of Suicidal Thoughts :   Daily or almost daily
CSSRS Duration of Suicidal Thoughts :   Four to eight hours, most of the day
CSSRS Controllability of Suicidal Thoughts :   Unable to control thoughts

---

**WARNING:** This report contains confidential, proprietary, and/or legally privileged
information intended for the recipient only.

MCSP - Mule Creek State Prison

Patient:      **ISRAEL, AKIVA AVIKAIDA**
DOB/Age/Sex: 1/3/1984    / 38 years    / Male          CDCR: BJ0177

| *Mental Health Forms* |
| --- |

CSSRS Deterrents of Suicidal Thoughts :   Deterrents probably stopped you
CSSRS Reasons for Ideation :   Equally for attention, revenge, reaction of others, end pain
CSSRS Intensity of Ideation Total Score :   17

Jacques, Stephanie Social Worker - 9/20/2022 13:31 PDT

**C-SSRS Suicidal Behavior**
CSSRS Actual Suicide Attempt Comment :   IP reports two previous suicide attempts
CSSRS Interrupted Suicide Attempts Comment :   IP reports one interrupted attempt in the past
CSSRS Aborted, Self-Interrupted Attempts Comment :   IP reports one self interrupted attempt in the past
5. Have you taken any steps towards making a suicide attempt or preparing to kill yourself (such as collecting pills, getting a gun, giving valuables away or writing a suicide note)? (ref) :   No
CSSRS Preparatory Acts or Behavior Comment :   She reports two times in the past that she has prepared to die by suicide
Injury Severity, Most Recent Attempt Date :   10/19/21- 13 day hunger strike she reports as "a form of suicide"
Injury Severity, Most Recent Attempt :   No apparent injury
Preparation for most recent attempt :   Some preparation

Jacques, Stephanie Social Worker - 9/20/2022 15:55 PDT

1. Actual Attempt(s): A potential self-injurious act committed with at least some wish to die, as a result of the act. There does not have to be any injury of harm. :   Yes
CSSRS Actual Suicide Attempt :   No
Total Number of Attempts - if none enter "0"
(Banner Bar will reflect the lifetime number) :   2
CSSRS Engaged Non Suicidal Injury 2 :   Yes
2. Has subject engaged in Self-harm without intent? :   No
CSSRS Interrupted Suicide Attempts 2 :   Yes
3. Has there been a time when you started to do something to end your life but someone or something stopped you before you actually did anything? (ref) :   No
CSSRS Lifetime Total Number of Interrupted Attempts :   1
CSSRS Aborted Self Inter Attempts 2 :   Yes
4. Has there been a time when you started to do something to try and end your life but you stopped yourself before you actually did anything? (ref) :   No
CSSRS Lifetime Total of Aborted or Self-Interrupted Attempts :   3
CSSRS Prepatory Acts or Behavior 2 :   Yes
CSSRS Lifetime Total Preparatory Acts :   2
Injury Severity, Initial 1st Attempt Date :   NA
Injury Severity, Most Lethal Attempt Date :   NA
Injury Severity, Initial 1st Attempt :   No apparent injury
Injury Severity, Most Lethal Attempt :   No apparent injury
Preparation for 1st attempt :   Some preparation
Preparation for most lethal attempt :   Significant preparation (plans, means, etc)

Jacques, Stephanie Social Worker - 9/20/2022 13:31 PDT

**Suicide and Self-Harm Summary**
Suicide and Self-Harm History :   Yes

Jacques, Stephanie Social Worker - 9/20/2022 13:31 PDT

Suicide and Self-Harm History Narrative :   IP denies SI/ HI today, and is future oriented to being transferred to new institution. Information below is pulled forward from previous documentation. Please note, male pronouns used at this time as IP did not self identify with preference of she/ her pronouns at the time of previous documentation-

---

**WARNING:** This report contains confidential, proprietary, and/or legally privileged
information intended for the recipient only.

**MCSP - Mule Creek State Prison**

Patient:          **ISRAEL, AKIVA AVIKAIDA**
DOB/Age/Sex:   1/3/1984    / 38 years    / Male              CDCR: BJ0177

| *Mental Health Forms* |
|:---:|

10/19/21:  hunger strike for 13 days; stated it was "a form of suicide."  Also expressed needing a transfer to a new institution.

1) First attempt at age 12 in 1996. Took a kitchen knife and made a cut in his chest. He reported his father was teaching too much lesson to me and mom and it was way to much and my heart was hurting. He was home alone to he hid the knife put a bandage to his chest and did not talk about it.

2) Age 13 1997. Some friends and I, we climbed a building and i felt like jumping off it but i did not do anything as I did not have the courage to do it.

3) age 15 , 1999. He poured an antifreeze in a cup and dranks some of it. He threw it up, but did not seek medical help.  I imagined my mom would be sad and could not go through.

4) Age 16, 2000.  We were living in Palm Desert and it was Desert and we saw some broken glass and picked up but did not do anything with it.

5) Age 17 in 2001. took a gun and one shell. He put the gun to his mouth and pressed the trigger. He got blanks and three attempt and then gave up. Hoping to die, got a phone clal from a loved one.

6) Age 20 in 2004. He was in Israel and drank too much. Wanted to die by alcohol poisoning. I started playing and dancing with an axe wanting to trip on it and kill myself but got some scrapes but nothing happened. Refused medical treatment.

7) Age 24 in 2008. I took prescription of Ambien and OD on it. He passed out. He reported he woke up next morning with vomit around me and my friend took me to the hospital.

8) Age 29 in 2013 in California. He was in a Frat party and the Colors told him it was part of his training : He reported playing a gun game "Russian roulette" with him being the target. I was protected and never got fired upon.  No physical injury.

9) age 32 2016. I went to the woods. Did not bring any food or water and high on marijuana and went into the woods for two weeks without food or water. The colors cames and told me that I need to stop and go back home. I came back home. Trying to starve himself.

10) Age 33 in 2017: Climbed the building and felt jumping off it but did not do it. Found out partner had cheated on him.

He denied any attempt but lot of ideations. He reported his mother is a strong protective factor and always thinks about his mother and can talk himself out of a situation.

Jacques, Stephanie Social Worker - 9/20/2022 15:55 PDT
Jacques, Stephanie Social Worker - 9/20/2022 15:55 PDT

Suicide History Grid

|  | Suicide Attempt #1 | Suicide Attempt #2 | Suicide Attempt #3 | Suicide Attempt #4 |
|---|---|---|---|---|
| Intent to Die : | No | No | No | No |
| Lethal Method? : |  |  |  |  |
| Medical Severity (1-4) : | 1 - No apparent injury | 1 - No apparent injury | 1 - No apparent injury | 1 - No apparent injury |
| Mental Health Follow-Up : | No | No | No | No |

Report Request ID:    60464293                        Print Date/Time:   9/26/2022 11:47 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged
information intended for the recipient only

**MCSP - Mule Creek State Prison**

Patient:      **ISRAEL, AKIVA AVIKAIDA**
DOB/Age/Sex:  1/3/1984    / 38 years    / Male              CDCR: BJ0177

## Mental Health Forms

| Details : | 1996 | 1997 | 1999 | 2000 |
|---|---|---|---|---|
| | Jacques, Stephanie Social Worker - 9/20/2022 13:31 PDT | Jacques, Stephanie Social Worker - 9/20/2022 13:31 PDT | Jacques, Stephanie Social Worker - 9/20/2022 13:31 PDT | Jacques, Stephanie Social Worker - 9/20/2022 13:31 PDT |

| | Suicide Attempt #5 | Suicide Attempt #6 | Suicide Attempt #7 | Suicide Attempt #8 |
|---|---|---|---|---|
| Intent to Die : | Yes | Yes | Yes | Yes |
| Lethal Method? : | Yes - if the inmate had not been discovered he/she would have died | | Yes - if the inmate had not been discovered he/she would have died | Yes - if the inmate had not been discovered he/she would have died |
| Medical Severity (1-4) : | 1 - No apparent injury | 1 - No apparent injury | 2 - Minor, superficial | 1 - No apparent injury |
| Mental Health Follow-Up : | No | No | No | No |
| Details : | 2001 | 2004 | 2008 | 2013 |
| | Jacques, Stephanie Social Worker - 9/20/2022 13:31 PDT | Jacques, Stephanie Social Worker - 9/20/2022 13:31 PDT | Jacques, Stephanie Social Worker - 9/20/2022 13:31 PDT | Jacques, Stephanie Social Worker - 9/20/2022 13:31 PDT |

| | Suicide Attempt #9 | Suicide Attempt #10 |
|---|---|---|
| Intent to Die : | No | No |
| Lethal Method? : | No | |
| Medical Severity (1-4) : | 1 - No apparent injury | |
| Mental Health Follow-Up : | No | |
| Details : | 2016 | |
| | Jacques, Stephanie Social Worker - 9/20/2022 13:31 PDT | Jacques, Stephanie Social Worker - 9/20/2022 13:31 PDT |

inmate's self-harm behavior non-suicidal :  IP reports she has not harmed herself, but has thought about it in the past
Significant anniversary dates :  5/5/21- IP states most difficult time of the year in January, also birthday and July- January anniversary she killed boyfriend
Identified self-harm/suicidal triggers :   tumultuous relationships/ break ups
History of successful coping strategies :   Mother, believe in positive powers, reading, writing poetry

---

Report Request ID:    60464293                                    Print Date/Time:   9/26/2022 11:47 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged
information intended for the recipient only

**MCSP - Mule Creek State Prison**

Patient:       **ISRAEL, AKIVA AVIKAIDA**
DOB/Age/Sex:  1/3/1984     / 38 years    / Male                    CDCR: BJ0177

## *Mental Health Forms*

Jacques, Stephanie Social Worker - 9/20/2022 13:31 PDT

**Chronic & Acute Risk Factors**
Family history of suicide(s) :  Yes
First prison term :  Yes
History of psychiatric disorder :  Yes
Sex offender :  No
History of abuse :  Yes
Long or life sentence :  Yes
History of substance abuse :  Yes
Recent disciplinary ("115") :  No
History of violence (including index crime) :  Yes
Single cell placement :  No
Negative housing change in housing :  No
Chronic medical illness :  Yes
Safety concerns (e.g., gang dropout) :  Yes
Chronic pain problem :  No
Early in prison term :  No
Caucasian/White ethnicity :  Yes
Older than 35 years of age :  Yes
Male :  Yes
Suicidal Ideation MH :  No
Disturbance of mood/lability :  No
Current/recent violent behavior :  No
Recent suicide attempt :  No
Perception of loss of social support :  No
Current/recent depressive symptoms :  No
Increasing interpersonal isolation :  No
Hopelessness/helplessness :  No
Current/recent psychotic symptoms :  No
Current/recent anxiety or panic symptoms :  Yes
Recent serious medical diagnosis :  No
Current/recent subst abuse/intoxication :  No
pain problems :  No
Agitated or angry :  No
Medication hoarding/cheeking :  No

Jacques, Stephanie Social Worker - 9/20/2022 13:31 PDT

**Protective Factors / Buffers**
Family support :  Yes
Interpersonal social support :  Yes
Religious/spiritual/cultural beliefs :  Yes
Future orientation/plans for future :  Yes
Exercises regularly :  Yes
Positive coping/conflict resolution :  Yes
Children at home :  No
Spousal support :  No
Insight into problems :  Yes

---

Report Request ID:    60464293                              Print Date/Time:   9/26/2022 11:47 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged
information intended for the recipient only

**MCSP - Mule Creek State Prison**

Patient:          **ISRAEL, AKIVA AVIKAIDA**
DOB/Age/Sex:   1/3/1984    / 38 years     / Male              CDCR: BJ0177

| *Mental Health Forms* |
|---|

Job or school assignment : Yes
Active and motivated in psych treatment : Yes
Sense of optimism; self-efficacy : Yes

Jacques, Stephanie Social Worker - 9/20/2022 13:31 PDT
Quality of Protective Factors :  very strong protective factors- intelligent, good relationship with family, high insight, good self advocate

Jacques, Stephanie Social Worker - 9/20/2022 15:55 PDT
**Additional Information and Warning Signs**
Additional Information :  9/20/22- IP was seen by PC in confidential setting for routine srashe.  IP denies SI/ HI, and has no plan to harm herself or others. MSE within normal limits. She is future oriented to transferring to new institution, and discussed board in a few years as well
No ISOATHWARM signs present

Jacques, Stephanie Social Worker - 9/20/2022 15:55 PDT
Warning sign of imminent suicide present :   - No Indicators

Jacques, Stephanie Social Worker - 9/20/2022 13:31 PDT
**Risk Levels and Disposition**
CHRONIC RISK :  Moderate

Jacques, Stephanie Social Worker - 9/20/2022 15:55 PDT
ACUTE RISK :  Low

Jacques, Stephanie Social Worker - 9/20/2022 13:31 PDT
Justification of Risk Level :  Chrinic risk is high due to IP reporting two previous attempts, and several time she has had suicidal ideation in the past, long prison sentence

Acute risk is low as IP denies current SI/ HI.  No plan/ intent/ desire to die, and future oriented

Protective factors- intelligent, good relationship with family, high insight, good self advocate

No ISPATHWARM indicators present today during ocntact

Jacques, Stephanie Social Worker - 9/20/2022 15:55 PDT
MH SRASHE Disposition :  No change
SRASHE Disposition Rationale :  IP denies SI/ HI, and has no plan to harm herself

Jacques, Stephanie Social Worker - 9/20/2022 13:31 PDT
**Safety Plan Intervention**
Is SPI Required per Policy or Clinical Necessity? :  No - Low Acute Risk/Not clinically indicated

Jacques, Stephanie Social Worker - 9/20/2022 13:31 PDT

| *Mental Health IDTT MPage Forms* |
|---|

No data exists for this section

Report Request ID:    60464293                              Print Date/Time:   9/26/2022 11:47 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only

**MCSP - Mule Creek State Prison**

Patient:     **ISRAEL, AKIVA AVIKAIDA**
DOB/Age/Sex:  1/3/1984    / 38 years     / Male          CDCR: BJ0177

---

### *Mental Health Documentation*

Document Type:                         MH5
Document Subject:                      MCSP0001726
Service Date/Time:                     8/2/2022 10:50 PDT
Result Status:                         Auth (Verified)
Perform Information:                   Neff,Theresa OT (8/2/2022 11:32 PDT)
Sign Information:                      Neff,Theresa OT (8/2/2022 11:32 PDT)
Authentication Information:            Neff,Theresa OT (8/2/2022 11:32 PDT)

**Encounter Info:** Patient Name: AKIVA ISRAEL,DOB: 01/03/1984,CDCR: BJ0177,FIN: 10000002712207800BJ0177,Facility: MCSP,Encounter Type:
Institutional Encounter

**WARNING:** This report contains confidential, proprietary, and/or legally privileged
information intended for the recipient only.

Patient Name: ISRAEL, AKIVA AVIKAIDA
Date of Birth: 1/3/1984

MRN: BJ0177
FIN: 10000002712207800BJ0177

* Auth (Verified) *

STATE OF CALIFORNIA
MENTAL HEALTH REFERRAL CHRONO
CDCR 128-MH5 (Rev. 07/22)

DEPARTMENT OF CORRECTIONS AND REHABILITATION
Form: Page 1 of 1
Instructions: Page 2

Patient's First and Last Name: ISRAEL     CDCR Number: BJ0177   Institution: MCSP   Housing: D17-B-103L

☒ Routine (within 5 working days)

☐ Urgent (within 24 hours)

☐ Emergency (contact Mental Health Services immediately)

☐ Non English speaking language

☐ PREA Emergency: PREA Sexual Abuse Allegation Report WITH SART/SANE exam
Date &Time patient returns from/declines SART/SANE exam: _____
(MH contact within 4 hours)

☐ PREA Urgent: PREA Sexual Abuse Allegation Report WITH NO SART/SANE exam
Date & Time of PREA Allegation Received: _____
(MH contact within 24 hours of receipt of the CDCR 128-MH5)

☐ PREA Consult Routine: (MH contact within 14 calendar days)
Date of Custody PREA Screening: _____
Referral for: ☐ Victimization History
☐ Abusiveness History

☐ PREA Perpetrator Evaluation: (MH contact within 60 calendar days)
Date PREA Allegation Substantiated: _____

REASON FOR REFERRAL: (Check the primary reason(s) and give an example or describe below under "Other.")

☐ History of psychiatric care needs re-assessment
☐ Expresses suicidal ideation or recent attempts (Emergency)
☐ Incapable of caring for self/poor grooming
☐ Confused/disoriented/withdrawn
☐ Hostile/assaultive/poor self-control
☐ Taken advantage of by other inmates
☐ Poor attention span/difficulty following directions
☒ Other/Additional (Describe): Per 1824 "Due to PTSD & other related cognitive disabilities...Trauma triggers..."

☐ Need psychotropic medication review
☐ Exhibits bizarre behavior (Describe below)
☐ Poor appetite/sad/fearful/nervous
☐ Unpredictable/bothers others
☐ Hears things/see things/imagines things
☐ Insomnia/sleeps too much
☐ DDP Consult/re-evaluation

Referred by: J. Lefsaker          AGPA          6647       Date: 8/2/2022   Time: 0758 am
            Print Name           Title        Phone/Ext

* Once complete, submit to Mental Health Services.

Received in Mental Health Services by: _____ Print Name      Date: 8/2/22   Time: 10°°

Assigned to: MS Ocque      Print Name

For triaging clinician(s) only (usually a supervisor): This was a referral for   ☒ MHSDS   ☐ DDP   ☐ PREA

DISTRIBUTION: Scan into EHRS, copy in C-file, copy to patient.
SCANNING LOCATION: Scan into EHRS, copy in C-file
EHRS LOCATION: Scan into CDCR MH5- Mental Health Referral > Grouper: MH Documentation > Sub Grouper: MH5 > Document Type- MH5
Unauthorized collection, creation, use, disclosure, modification, or destruction of personally identifiable information and/or protected health information may subject individuals to civil liability under applicable federal and state laws.

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS AND REHABILITATION

**HEALTH CARE SERVICES REQUEST FORM**

CDCR 7362 (Rev. 03/19)

Page 2 of 2

| PART I:  TO BE COMPLETED BY THE PATIENT |
|---|
| If you believe this is an urgent/emergent health care need, contact the correctional officer on duty. |

| REQUEST FOR: | MEDICAL ☐ | MENTAL HEALTH ☐ | DENTAL ☐ | MEDICATION REFILL ☐ |
|---|---|---|---|---|

| NAME | CDCR NUMBER | HOUSING |
|---|---|---|
| PATIENT SIGNATURE | | DATE |

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe your health problem and how long you have had the problem) _____

_____

_____

_____

*NOTE:  IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM*

**MCSP - Mule Creek State Prison**

Patient: **ISRAEL, AKIVA AVIKAIDA**
DOB/Age/Sex: 1/3/1984 / 38 years / Male          CDCR: BJ0177

| *Mental Health Documentation* |
| --- |

Document Type:                          MH5
Document Subject:                       MCSP0001726
Service Date/Time:                      8/1/2022 13:49 PDT
Result Status:                          Auth (Verified)
Perform Information:                    Neff,Theresa OT (8/2/2022 11:25 PDT)
Sign Information:                       Neff,Theresa OT (8/2/2022 11:25 PDT)
Authentication Information:             Neff,Theresa OT (8/2/2022 11:25 PDT)

**Encounter Info:** Patient Name: AKIVA ISRAEL,DOB: 01/03/1984,CDCR: BJ0177,FIN: 10000002712207800BJ0177,Facility: MCSP,Encounter Type: Institutional Encounter

**WARNING:** This report contains confidential, proprietary, and/or legally privileged
information intended for the recipient only.

STATE OF CALIFORNIA
**HEALTH CARE SERVICES REQUEST FORM**
CDCR 7362 (Rev. 03/19)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Page 1 of 2

| PART I: TO BE COMPLETED BY THE PATIENT |
|---|
| If you believe this is an urgent/emergent health care need, contact the correctional officer on duty. |

REQUEST FOR:    MEDICAL ☒    MENTAL HEALTH ☐    DENTAL ☐    MEDICATION REFILL ☐

| NAME *ISRAEL, A.* | CDCR NUMBER *BJO144* | HOUSING *C15-2451* |
|---|---|---|
| PATIENT SIGNATURE | | DATE *10/18/21* |

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe your health problem and how long you have had the problem) *I'M GOING TO KILL MYSELF*

*b/c I'm NOT SAFE @ MCSP*
*I'm viciously SEXUALLY AB USED*
*I F INTEND TO DIE BY SUICIDE TO END ABUSE*

NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM
ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM

| PART II: TO BE COMPLETED BY THE TRIAGE REGISTERED NURSE |
|---|

| Date / Time Received: | Received by: |
|---|---|
| Date / Time Reviewed by RN: | Reviewed by: |

S:                                       Pain Scale:  1  2  3  4  5  6  7  8  9  10

O:     T:          P:          R:          BP:          WEIGHT:

A:

P:

☐ See Nursing Encounter Form

E:

| APPOINTMENT SCHEDULED AS: | EMERGENCY (IMMEDIATELY) ☐ | URGENT (WITHIN 24 HOURS) ☐ | ROUTINE (WITHIN 14 CALENDAR DAYS) ☐ |
|---|---|---|---|
| REFERRED TO PCP: | | DATE OF APPOINTMENT: | |
| COMPLETED BY | | NAME OF INSTITUTION | |
| PRINT / STAMP NAME | SIGNATURE / TITLE | | DATE/TIME COMPLETED |

**MCSP - Mule Creek State Prison**

Patient:        **ISRAEL, AKIVA AVIKAIDA**
DOB/Age/Sex:  1/3/1984    / 38 years    / Male            CDCR: BJ0177

## Mental Health Documentation

This writer is a substitute clinician for PC. IP is being seen today for Routine Consult requesting to see PC. IP stated that multiple "paging" packets were sent to the law-library with no response. It has been 14 days and typical response time is 5-8 days states IP. The documentation that the paging packets contains is time sensitive and originals that need to be attended to. IP stated that a response is required from the courts and there cannot be a response until the law library gets back to IP. IP feels "triggered" for another hunger strike due to the law library's lack of communication. This writer reached out to PC and B-Yard sergeant to elevate the topic.

**Plan:**
IP is encouraged to continue attending scheduled CCCMS PC appointments on routine intervals, rec-groups (if scheduled), and remain compliant with any psychiatric or medical prescribed care. IP will request, as needed, to see MH/PC if MH symptoms worsen for support or level of care evaluation. No changes appear to be indicated at this time.

**Encounter Info:** Patient Name: AKIVA ISRAEL,DOB: 01/03/1984,CDCR: BJ0177,FIN: 10000002712207800BJ0177,Facility: MCSP,Encounter Type: Institutional Encounter

## Mental Health Forms

### Suicide Risk and Self-Harm Evaluation Entered On: 3/4/2022 13:35 PST
### Performed On: 3/4/2022 13:32 PST by Blain, Stewart Psychologist

**Patient Encounter Information**
ENCTR Information :   Encounter Info: Patient Name: AKIVA ISRAEL,DOB: 01/03/1984,,FIN: 10000002712207800BJ0177,Facility: MCSP,Encounter Type: Institutional Encounter

Blain, Stewart Psychologist - 3/4/2022 13:32 PST
**Reason for Assessment**
Reason for Assessment :   One of the Four 90-Day follow-up Evaluation following Inpatient Discharge
Sources of information :  I/P Interview, UHR
Did the patient refuse to participate or are they currently unable to respond? :  Yes

Blain, Stewart Psychologist - 3/4/2022 13:32 PST
Steps taken to encourage participation or increase the patients ability to participate: :  See MH routine consult note 3/4/22; Pt got angry at another issue and terminated conversation by closing a curtain at the celldoor window right after interupting writer and saying "I have no further statements." Very evident that Pt did not want to continue interview.

Blain, Stewart Psychologist - 3/4/2022 13:36 PST
**Suicide and Self-Harm Summary**
Suicide and Self-Harm History :  Yes

Blain, Stewart Psychologist - 3/4/2022 13:32 PST
Suicide and Self-Harm History Narrative :  12.15.2021: SH/SA hx reviewed. No new updates.
10/19/21: hunger strike for 13 days; stated it was "a form of suicide."  Also expressed needing a transfer to a new institution.

Reviewed 5/5/21 with IP with no changes
He reported 10 SA in his life:

---

Report Request ID:   53602097                                    Print Date/Time:   3/30/2022 10:11 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.

**MCSP - Mule Creek State Prison**

Patient:    **ISRAEL, AKIVA AVIKAIDA**
DOB/Age/Sex:  1/3/1984  / 38 years  / Male        CDCR: BJ0177

| *Mental Health Forms* |
|---|

1) First attempt at age 12 in 1996. Took a kitchen knife and made a cut in his chest. He reported his father was teaching too much lesson to me and mom and it was way to much and my heart was hurting. He was home alone to he hid the knife put a bandage to his chest and did not talk about it.

2) Age 13 1997. Some friends and I, we climbed a building and i felt like jumping off it but i did not do anything as I did not have the courage to do it.

3) age 15 , 1999. He poured an antifreeze in a cup and dranks some of it. He threw it up, but did not seek medical help.  I imagined my mom would be sad and could not go through.

4) Age 16, 2000.  We were living in Palm Desert and it was Desert and we saw some broken glass and picked up but did not do anything with it.

5) Age 17 in 2001. took a gun and one shell. He put the gun to his mouth and pressed the trigger. He got blanks and three attempt and then gave up. Hoping to die, got a phone clal from a loved one.

6) Age 20 in 2004. He was in Israel and drank too much. Wanted to die by alcohol poisoning. I started playing and dancing with an axe wanting to trip on it and kill myself but got some scrapes but nothing happened. Refused medical treatment.

7) Age 24 in 2008. I took prescription of Ambien and OD on it. He passed out. He reported he woke up next morning with vomit around me and my friend took me to the hospital.

8) Age 29 in 2013 in California. He was in a Frat party and the Colors told him it was part of his training : He reported playing a gun game "Russian roulette" with him being the target. I was protected and never got fired upon.  No physical injury.

9) age 32 2016. I went to the woods. Did not bring any food or water and high on marijuana and went into the woods for two weeks without food or water. The colors cames and told me that I need to stop and go back home. I came back home. Trying to starve himself.

10) Age 33 in 2017: Climbed the building and felt jumping off it but did not do it. Found out partner had cheated on him.

He denied any attempt but lot of ideations. He reported his mother is a strong protective factor and always thinks about his mother and can talk himself out of a situation.

Blain, Stewart Psychologist - 3/4/2022 13:36 PST
Blain, Stewart Psychologist - 3/4/2022 13:36 PST

Suicide History Grid

| | Suicide Attempt #1 | Suicide Attempt #2 | Suicide Attempt #3 | Suicide Attempt #4 |
|---|---|---|---|---|
| Intent to Die : | No | No | No | No |
| Lethal Method? : | | | | |
| Medical Severity (1-4) : | 1 - No apparent injury | 1 - No apparent injury | 1 - No apparent injury | 1 - No apparent injury |
| Mental Health Follow-Up : | No | No | No | No |
| Details : | 1996 | 1997 | 1999 | 2000 |

Report Request ID:   53602097                           Print Date/Time:   3/30/2022 10:11 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged
information intended for the recipient only.

**MCSP - Mule Creek State Prison**

Patient:        **ISRAEL, AKIVA AVIKAIDA**
DOB/Age/Sex:  1/3/1984   / 38 years    / Male            CDCR: BJ0177

| | Mental Health Forms | | | |

| | Blain, Stewart Psychologist - 3/4/2022 13:32 PST | Blain, Stewart Psychologist - 3/4/2022 13:32 PST | Blain, Stewart Psychologist - 3/4/2022 13:32 PST | Blain, Stewart Psychologist - 3/4/2022 13:32 PST |
|---|---|---|---|---|

| | Suicide Attempt #5 | Suicide Attempt #6 | Suicide Attempt #7 | Suicide Attempt #8 |
|---|---|---|---|---|
| Intent to Die : | Yes | Yes | Yes | Yes |
| Lethal Method? : | Yes - if the inmate had not been discovered he/she would have died | | Yes - if the inmate had not been discovered he/she would have died | Yes - if the inmate had not been discovered he/she would have died |
| Medical Severity (1-4) : | 1 - No apparent injury | 1 - No apparent injury | 2 - Minor, superficial | 1 - No apparent injury |
| Mental Health Follow-Up : | No | No | No | No |
| Details : | 2001 | 2004 | 2008 | 2013 |
| | Blain, Stewart Psychologist - 3/4/2022 13:32 PST | Blain, Stewart Psychologist - 3/4/2022 13:32 PST | Blain, Stewart Psychologist - 3/4/2022 13:32 PST | Blain, Stewart Psychologist - 3/4/2022 13:32 PST |

| | Suicide Attempt #9 | Suicide Attempt #10 |
|---|---|---|
| Intent to Die : | No | No |
| Lethal Method? : | No | |
| Medical Severity (1-4) : | 1 - No apparent injury | |
| Mental Health Follow-Up : | No | |
| Details : | 2016 | |
| | Blain, Stewart Psychologist - 3/4/2022 13:32 PST | Blain, Stewart Psychologist - 3/4/2022 13:32 PST |

inmate's self-harm behavior non-suicidal :  IP reports she has not harmed herself, but has thought about it in the past
Significant anniversary dates :  5/5/21- IP states most difficult time of the year in January, also birthday and July- January anniversary she killed boyfriend
Identified self-harm/suicidal triggers :   tumultuous relationships/ break ups
History of successful coping strategies :   Mother, believe in positive powers, reading, writing poetry
                                        Blain, Stewart Psychologist - 3/4/2022 13:32 PST

**Chronic & Acute Risk Factors**
Family history of suicide(s) :  Yes
First prison term :  Yes

Report Request ID:    53602097                        Print Date/Time:   3/30/2022 10:11 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged
information intended for the recipient only.

**MCSP - Mule Creek State Prison**

Patient:     **ISRAEL, AKIVA AVIKAIDA**
DOB/Age/Sex:   1/3/1984   / 38 years   / Male          CDCR: BJ0177

| *Mental Health Forms* |
|---|

History of psychiatric disorder :  Yes
Sex offender :  No
History of abuse :  Yes
Long or life sentence :  Yes
History of substance abuse :  Yes
Recent disciplinary ("115") :  No
History of violence (including index crime) :  Yes
Single cell placement :  No
Negative housing change in housing :  Yes
Chronic medical illness :  No
Safety concerns (e.g., gang dropout) :  Yes
Chronic pain problem :  No
Early in prison term :  No
Caucasian/White ethnicity :  Yes
Older than 35 years of age :  Yes
Male :  Yes
Suicidal Ideation MH :  No
Disturbance of mood/lability :  Yes
Current/recent violent behavior :  No
Recent suicide attempt :  No
Perception of loss of social support :  No
Current/recent depressive symptoms :  No
Increasing interpersonal isolation :  No
Hopelessness/helplessness :  No
Current/recent psychotic symptoms :  No
Current/recent anxiety or panic symptoms :  Yes
Recent serious medical diagnosis :  No
Current/recent subst abuse/intoxication :  No
pain problems :  No
Agitated or angry :  Yes
Medication hoarding/cheeking :  No

                                                    Blain, Stewart Psychologist - 3/4/2022 13:36 PST

**Protective Factors / Buffers**
Family support :  Yes
Interpersonal social support :  Yes
Religious/spiritual/cultural beliefs :  Yes
Future orientation/plans for future :  No
Exercises regularly :  No
Positive coping/conflict resolution :  Yes
Children at home :  No
Spousal support :  No
Insight into problems :  Yes
Job or school assignment :  No
Active and motivated in psych treatment :  Yes
Quality of Protective Factors :  surmized from chart that Pt has good protective factors such as future orientation (law suits, transfer), family support (mother) and sense of spirituality.

---

Report Request ID:   53602097                    Print Date/Time:   3/30/2022 10:11 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged
information intended for the recipient only.

**MCSP - Mule Creek State Prison**

Patient:     **ISRAEL, AKIVA AVIKAIDA**
DOB/Age/Sex:  1/3/1984   / 38 years    / Male           CDCR: BJ0177

| *Mental Health Forms* |
| --- |

Blain, Stewart Psychologist - 3/4/2022 13:36 PST

**Additional Information and Warning Signs**
Additional Information :  3/4/22 (Blain):  See MH routine consult note of saem date.  Pt did not participate in assessment as she ended the interview prematurely while discussing another matter.  However, during that interview there was no acute distress and no indicators of SI or self harm.

12.15.2021: It should be noted that any gendered language used in this report is due the current documentation noted in the IP's chart, and not done in purposeful effort to misgender.  As of this date, in the IP's chart on 12/14/2021 with the subject line, "Remove Transgender," it is documented: Per CORRECTIONAL COUNSELOR I (A) requested update of MCC and remove the Transgender that IP does not identify as a Transgender and now identifies as a Male per Gender Identity Questionnaire in ERMS, GEN-CHRONOS dated 10/27/2021.
A MH5 was placed due to the IP's report of previous suicidal ideation in their 602 grievance form dated 12/14/2021. Once MH became aware of that the IP's reference to their SI, this clinician was immediately tasked to assess the IP. Specifically, the IP documented, "From 10.05.2021 to 10.20.2021, I tried to die by suicide." At this time, it does not look like the IP reported current SI, rather the IP simply detailed their SI from 10.05-10.21 to highlight their perceived mistreatment at CDCR.  The IP was admitted and received MHCB tx during some of that time and was eventually discharged. Currently, the IP denied SI and appeared confused and slightly irritated that they are being evaluated for SI.  The IP stated, "Anyone with a GED education would know this is a historical reference." This clinician began asking questions in an effort to understand any possible current SI, however, the IP was noticeable irritable per the IP's comments to this clinician. The IP requested that this clinician re-read the IP's 602 to her. During this clinician's re-reading the IP made comments such as, "Do you have your PhD?" following accidental errors in this clinician's re-reading. The IP also made comments about this being, "indelicate timing" due to being taken out of their religious services. Overall, the IP appeared agitated and motivated to return back to their religious service. Thus, given the lack of any objective evidence that the IP had any current SI, coupled with the IP's agitation and desire to be returned back to their religious service, this clinician chose to terminate the rest of this assessment.

The IP is future and goal-oriented toward her transfer. This is evidenced by her current report and, per her MH Consult note dated 12/08/2021, the IP has remained consistent in her desire to transfer. At that time, SI was denied, so too with today.

In an effort to better understand the IP's clinical presentation and history of SI, this clinician consulted with previous MHPC in the CTC, Dr. Riley. Dr. Riley concurred with this clinician's opinion that the IP was suitable to return to the yard.

MSE- The IP was observed in the holding cell of B program. The IP was observed wearing a yellow ADA vest. Much of the IP's appearance was difficult to discern given the dark lighting. The IP was cooperative but was agitated due to her report that she did not make any current remark regarding active SI, yet was taken from her religious program (Scientology) to be evaluated by this clinician. The IP's rate, volume, and tone all WNL. The IP did speak in a British accent. This has been consistent for the IP, even being noted in the IP's police report. Following a review of the IP's documentation, it is unclear as to why the IP has a British accent (grew up in California). It is unclear if this is something the IP has chosen to do, a symptom of Foreign Accent Syndrome (which has not been confirmed), or a genuine accent the IP has had throughout their life (although at this time, seemingly unlikely). The IP's behavior was WNL. Ox4. The IP's mood appeared agitated with congruent affect. IP appeared stable and in no acute distress. IP's thought content at this time appeared absent of delusional content. Speech was linear and organized. No RTIS observed, no AH/VH reported. IP denied SI, plan, means, or intent.

Warning Signs (ISPATHWARM): None (any agitation was related to having to conduct this assessment).

The following information was completed by M. G. H. Riley dated 10-25-2021.
MSE:  I\P is a 37-year-old transgender male of below average height and thin build.  She was dressed in full issue, her hair

---

Report Request ID:   53602097                        Print Date/Time:   3/30/2022 10:11 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged
information intended for the recipient only.

**MCSP - Mule Creek State Prison**

Patient:     **ISRAEL, AKIVA AVIKAIDA**
DOB/Age/Sex:   1/3/1984   / 38 years   / Male          CDCR: BJ0177

| *Mental Health Forms* |
| --- |

was combed and at her shoulders.  She wore her glasses and face mask.  Her mood was contented and her affect was calm.  When she spoke it was in a respectful tone at a moderate speed.  She was oriented to time and place and was open to positive feedback.  She denied SI and HI and did not report a plan or means.

I\P disclosed she had enemy concerns which involved a custody officer and a peer.  She gave dates, names, and CDCs of her enemies.  She denied SI and HI and did not report a plan or means.  She later met with the psychiatrist and discussed her medications and current stressors.

On 10-22-2021, I\P discontinued her hunger strike and began eating.  Since she has stopped her strike, she has eaten all of her meals.  On 10-23-2021, I\P indicated CCII Acosta met her from B-yard, who discussed a possible transfer to Solidad from Mule creek.  I\P was characterized as hopeful this transfer would happen and expressed an interest in returning to CCCMS LOC.

During IDTT, she stated she was "humbled" when she spoke with the Assistant Deputy Warden about her safety concerns and transfer to another prison.  She admitted being surprised and moved when her family had read her an e-mail they had written on her behalf to CDCR.  I\P, "I thought they did not love me due to my crime, so it was touching to hear that e-mail."

On 10-24-2021, she completed an SPI with the clinician stating her reason to live as her "love of life."  She indicated going to the library as a coping skill.  While she was in the MHCB, she did check out books, watched movies, and discussed her mental health concerns with the clinicians.

It appeared I\P had reported SI and went on a hunger strike out of frustration over not being able to transfer to a prison close to her family.  Upon her admission into the crisis bed, she disclosed her hunger strike was a form of suicide.  She indicated her hunger strike was due to not being able to transfer, and her suicidal ideation would discontinue if she could speak with custody about a transfer.  Based on her current presentation, behavior on the crisis bed, and history of self-harm, the treatment team believes she is ready to discharge the MHCB at the CCCMS LOC.



10/18/21: IP was referred for this evaluation due to reporting SI, being on a hunger strike for 13 days now. IP began the eval with CIT stating, "Well I don't want to discuss it but I've been sexually assaulted for months now, even currently. I just want to die." IP was referred to custody staff for PREA eval, which apparently could not be substantiated as a PREA by custody staff since the IP refused to give details. IP also told medical that she would refuse to cooperate with any medical eval as well.  And upon coming back around to MH, the IP continues to report wanting to die and states that she will take more imminent action than the hunger strike, by cutting on herself. IP is a 37 year old White transgender inmate (M TO F) first termer (been in CDCR since 4/2019) serving LWP for murder 1st (stabbing ex boyfriend in the neck 28x). IP currently participates in MHSDS at the CCCMS LOC since 7/25/19. From recent notes, it appears the IP is wanting to speak with the AW and that is why she is doing the hunger strike. Apparently she wants to speak with the AW because "I/P stated that a PREA (prior report) witness told her that he saw a large poster of her on the wall in B program in black writing over her eyes stating trouble maker. She was very upset about this and talked about feeling targeted and unsafe. I/P was asked about her hunger strike method of addressing her concerns in light of the death risk. I/P felt it was the only way "they" would listen to her complaints. Helped I/P understand the risk and to find better methods available to her without placing her at risk f death. She saw no alternatives citing a distrust for custody staff" (MHPC Note 10/14/21). MSE: Ox4, well groomed, makes no eye contact, is uncooperative and guarded. IP's speech was limited and quiet, but was coherent, relevant.   Her motor skills were within normal range. During the session IP was not observed responding to internal stimuli. No evidence of psychotic sxs. ISPATHWARM indicators currently: Reported Ideation and some action of self- harm via hunger strike and reported intent to cut on self. Anxious re: distrust of staff. Anger toward staff.

Report Request ID:    53602097                           Print Date/Time:   3/30/2022 10:11 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.

**MCSP - Mule Creek State Prison**

Patient:          **ISRAEL, AKIVA AVIKAIDA**
DOB/Age/Sex:  1/3/1984    / 38 years    / Male                    CDCR: BJ0177

## Mental Health Forms

5/5/21- IP was seen for SRASHE due to reporting PREA. She was seen in the EOP center in confidential setting or PREA note and suicide assessment. IP reports on 4/30/21, Officer in R&R said to her that she had written up one of his coworkers, and he did not like that. She reprots he took some of her belongings from her package, and then stated "I'll donate your ass." IP found this disturbing and reproted PREA. She was interviewed by ISU yesterday.  IP denied SI/ HI today, with no plan to harm herself or others. IP has strong protective factors, and is future oriented.
ISPATHWARM- presented with some anxiety
Warning sign of imminent suicide present :  - No Indicators

Blain, Stewart Psychologist - 3/4/2022 13:36 PST

**Risk Levels and Disposition**
CHRONIC RISK :  High
ACUTE RISK :  Low
Justification of Risk Level :  Chronic risk MOD to HIGH;  Long hx of SI and many instances of SA or SIB.  hx of mental illness, long sentence, substance abuse, and othe factors noted.

Acute risk LOW:  no indications or signs of current SI, intent, or plan.  No ISPATHWARM indicators in interview preceeding Pt terminating the session.  Pt has evident future orientation.
MH SRASHE Disposition :  No change
SRASHE Disposition Rationale :  Pt has long hx of SI and SIB, and seems to have a maladaptive way of interacting with staff; shoud be monoitored by beiing in CCCMS LOC or higher; risk likely goes up in reaction to stressors and percieved losses.

Blain, Stewart Psychologist - 3/4/2022 13:36 PST

**Safety Plan Intervention**
Is SPI Required per Policy or Clinical Necessity? :  No - Low Acute Risk/Not clinically indicated

Blain, Stewart Psychologist - 3/4/2022 13:36 PST

## Mental Health IDTT MPage Forms

No data exists for this section

## Mental Health Suicide MPage Forms

No data exists for this section

---

**WARNING:** This report contains confidential, proprietary, and/or legally privileged
information intended for the recipient only.

STATE OF CALIFORNIA
**HEALTH CARE SERVICES REQUEST FORM**
CDCR 7362 (Rev. 03/19)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Page 2 of 2

| PART I:  TO BE COMPLETED BY THE PATIENT |
| --- |
| If you believe this is an urgent/emergent health care need, contact the correctional officer on duty. |

| REQUEST FOR: | MEDICAL ☐ | MENTAL HEALTH ☑ | DENTAL ☐ | MEDICATION REFILL ☐ |
| --- | --- | --- | --- | --- |

| NAME *ADA IP Israel* | CDCR NUMBER *BJ-0177* | HOUSING *D17-B103L* |
| --- | --- | --- |

| PATIENT SIGNATURE | DATE *Sep. 26, 2022* |
| --- | --- |

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe your health problem and how long you have had the problem) *Need to See Clinician JAQUES; Rabbi Brownstein violated Israel's ROSH HASHANAH; as a result, this FEMALE JEW feels worthless, hopeless and deserving of HELL*

*NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM*

 CALIFORNIA CORRECTIONAL
**HEALTH CARE SERVICES**

**MCSP - Mule Creek State Prison**
4001 Highway 104
Ione, CA 95640-

**Patient:**        **ISRAEL, AKIVA AVIKAIDA**

DOB/Age/Sex:    1/3/1984    38 years    Male
Encounter Date:  11/25/2019
Attending:       Smith,Kevin P&S

CDCR #:      BJ0177
PID #:       12207800
Referring:

---

## Mental Health - Nursing

No data exists for this section

---

## Mental Health Documentation

Document Type:                  MHPC Consult Routine Progress Note
Document Subject:               MH Consult Note
Service Date/Time:              10/3/2022 09:26 PDT
Result Status:                  Auth (Verified)
Perform Information:            Jacques,Stephanie Social Worker (10/3/2022 09:26 PDT)
Sign Information:               Jacques,Stephanie Social Worker (10/3/2022 09:26 PDT)
Authentication Information:     Jacques,Stephanie Social Worker (10/3/2022 09:26 PDT)

**New Issues/Complaints**
Please see MH Consult Note dated 10/3/22 for further information regarding this encounter.

**Active Consult Orders**
MHPC Consult Routine - Completed
 -- 09/20/22 12:30:00 PDT, 09/15/22 8:30:00 PDT, IP requests to see PC, 7 days, Schedule once with Ms. Jacques on D Yard, x, 09/15/22, 09/22/22 23:59:00 PDT
MHPC Consult Routine - Ordered
 -- 10/03/22 13:00:00 PDT, 09/27/22 10:49:00 PDT, IP requests to see PC, 7 days, Schedule once with Ms. Jacques on D Yard, 137.252.9.40.2022090227173833141125968 08#1.00, 09/26/22, 10/04/22 23:59:00 PDT
MHPC Consult Routine - Ordered
 -- 10/03/22 13:15:00 PDT, 09/28/22 9:32:00 PDT, Worsening MH symptoms, 7 days, Schedule once within 5 business days, MH5, 09/28/22, 10/05/22 23:59:00 PDT
MHPC Consult Routine - Ordered
 -- 10/03/22 13:30:00 PDT, 09/30/22 11:21:00 PDT, IP requests to see PC, 7 days, Schedule once with Ms. Jacques on D Yard, 170.71.227.39.2022090530162739258433618 4#1.00, 09/29/22, 10/07/22 23:59:00 PDT

**Problem List/Past Medical History**
 Ongoing
 Asthma
 Borderline personality disorder
 Chronic migraine
 Gender dysphoria
 Gender dysphoria in adolescents and adults

---

Report Request ID:   60921283                    Print Date/Time:   10/6/2022 14:20 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged
information intended for the recipient only.

**MCSP - Mule Creek State Prison**

Patient:        **ISRAEL, AKIVA AVIKAIDA**
DOB/Age/Sex:   1/3/1984    / 38 years    / Male              CDCR: BJ0177

---

### *Mental Health Documentation*

Generalized anxiety disorder
Generalized anxiety disorder
GERD (gastroesophageal reflux disease)
Healthcare maintenance
Hearing impairment
MDD (major depressive disorder)
Mixed hyperlipidemia
Moderate persistent asthma
Noncompliance by refusing service
PTSD (post-traumatic stress disorder)
Seizure disorder
Transgender
Historical
Abdominal pain
Adjustment disorders, With anxiety
Elevated alanine aminotransferase (ALT)
  level

**IPOC Goals**
**Current IPOCs**
**Goals():**
Protocol Episodic(Initiated)  12/31/2021 10:55
  **Headache**
Anxiety IPOC(Initiated)  11/09/2021 12:01
  **Indicators & Orders**
Anxiety IPOC(Initiated)  11/09/2021 12:01
  **Outcomes & Interventions**
  **Outcomes(Initiated):**
  Reduce anxiety - rated as a 2 or below as
measured by self report by next IDTT
interval(Initiated)
    No significant barriers to progress.(Initiated)

**Scales and Assessments Interpretations**
**(for assessments without**
**interpretations, please manually enter**
**one here)**
No results documented

**Endorsed Suicide Documentation**
ACUTE RISK: Low (09/20/22 13:31:00)
CHRONIC RISK: Moderate (09/20/22
13:31:00)
CSSRS Intensity of Ideation Total Score: 17
(09/20/22 13:31:00)
CSSRS Lifetime, Most Severe Ideation: Started
to plan the details of how to kill themselves
with intention to carry out this plan (09/20/22
13:31:00)

---

Report Request ID:    60921283                              Print Date/Time:   10/6/2022 14:20 PDT

**WARNING:** **This report contains confidential, proprietary, and/or legally privileged**
**information intended for the recipient only.**

**MCSP - Mule Creek State Prison**

Patient:      **ISRAEL, AKIVA AVIKAIDA**
DOB/Age/Sex:   1/3/1984     / 38 years    / Male          CDCR: BJ0177

## *Mental Health Documentation*

**Encounter Info:** Patient Name: AKIVA ISRAEL,DOB: 01/03/1984,CDCR: BJ0177,FIN: 1000002712207800BJ0177,Facility: MCSP,Encounter Type: Institutional Encounter

```
Electronically Signed on 10/03/2022 09:26 AM PDT
_____
Jacques, Stephanie Social Worker, Social Wor
```

Document Type:                         MHPC Consult Routine Progress Note
Document Subject:                      MH Consult Note
Service Date/Time:                     10/3/2022 09:24 PDT
Result Status:                         Auth (Verified)
Perform Information:                   Jacques,Stephanie Social Worker (10/3/2022 09:25 PDT)
Sign Information:                      Jacques,Stephanie Social Worker (10/3/2022 09:25 PDT)
Authentication Information:            Jacques,Stephanie Social Worker (10/3/2022 09:25 PDT)

### New Issues/Complaints
Please see MH Consult Note dated 10/3/22 for further information regarding this encounter.

### Active Consult Orders
MHPC Consult Routine - Completed
 -- 09/20/22 12:30:00 PDT, 09/15/22 8:30:00 PDT, IP requests to see PC, 7 days, Schedule once with Ms. Jacques on D Yard, x, 09/15/22, 09/22/22 23:59:00 PDT
MHPC Consult Routine - Ordered
 -- 10/03/22 13:00:00 PDT, 09/27/22 10:49:00 PDT, IP requests to see PC, 7 days, Schedule once with Ms. Jacques on D Yard, 137.252.9.40.202209022717383314112596808#1.00, 09/26/22, 10/04/22 23:59:00 PDT
MHPC Consult Routine - Ordered
 -- 10/03/22 13:15:00 PDT, 09/28/22 9:32:00 PDT, Worsening MH symptoms, 7 days, Schedule once within 5 business days, MH5, 09/28/22, 10/05/22 23:59:00 PDT
MHPC Consult Routine - Ordered
 -- 10/03/22 13:30:00 PDT, 09/30/22 11:21:00 PDT, IP requests to see PC, 7 days, Schedule once with Ms. Jacques on D Yard, 170.71.227.39.202209053016273925843361 84#1.00, 09/29/22, 10/07/22 23:59:00 PDT

### Problem List/Past Medical History
Ongoing
Asthma
Borderline personality disorder
Chronic migraine
Gender dysphoria
Gender dysphoria in adolescents and adults
Generalized anxiety disorder
Generalized anxiety disorder

---

Report Request ID:    60921283                    Print Date/Time:   10/6/2022 14:20 PDT

**WARNING:** **This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.**

**MCSP - Mule Creek State Prison**

Patient:        **ISRAEL, AKIVA AVIKAIDA**
DOB/Age/Sex:  1/3/1984    / 38 years    / Male            CDCR: BJ0177

---

## *Mental Health Documentation*

GERD (gastroesophageal reflux disease)
Healthcare maintenance
Hearing impairment
MDD (major depressive disorder)
Mixed hyperlipidemia
Moderate persistent asthma
Noncompliance by refusing service
PTSD (post-traumatic stress disorder)
Seizure disorder
Transgender
<u>Historical</u>
Abdominal pain
Adjustment disorders, With anxiety
Elevated alanine aminotransferase (ALT)
  level

**IPOC Goals**
**Current IPOCs**
**Goals():**
Protocol Episodic(Initiated)  12/31/2021 10:55
  **Headache**
Anxiety IPOC(Initiated)  11/09/2021 12:01
  **Indicators & Orders**
Anxiety IPOC(Initiated)  11/09/2021 12:01
  **Outcomes & Interventions**
  **Outcomes(Initiated):**
   Reduce anxiety - rated as a 2 or below as
measured by self report by next IDTT
interval(Initiated)
   No significant barriers to progress.(Initiated)

**Scales and Assessments Interpretations**
**(for assessments without**
**interpretations, please manually enter**
**one here)**
No results documented

**Endorsed Suicide Documentation**
ACUTE RISK: Low (09/20/22 13:31:00)
CHRONIC RISK: Moderate (09/20/22
13:31:00)
CSSRS Intensity of Ideation Total Score: 17
(09/20/22 13:31:00)
CSSRS Lifetime, Most Severe Ideation: Started
to plan the details of how to kill themselves
with intention to carry out this plan (09/20/22
13:31:00)

---

**Encounter Info:** Patient Name: AKIVA ISRAEL,DOB: 01/03/1984,CDCR: BJ0177,FIN: 10000002712207800BJ0177,Facility: MCSP,Encounter Type: Institutional Encounter

---

Report Request ID:    60921283                          Print Date/Time:   10/6/2022 14:20 PDT

**WARNING:** **This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.**

**MCSP - Mule Creek State Prison**

Patient:     **ISRAEL, AKIVA AVIKAIDA**
DOB/Age/Sex:  1/3/1984   / 38 years    / Male        CDCR: BJ0177

| *Mental Health Documentation* |
| --- |

Electronically Signed on 10/03/2022 09:25 AM PDT

Jacques, Stephanie Social Worker, Social Wor

Document Type:                   MHPC Consult Routine Progress Note
Document Subject:                MH Consult Note
Service Date/Time:               10/3/2022 09:21 PDT
Result Status:                   Auth (Verified)
Perform Information:             Jacques,Stephanie Social Worker (10/3/2022 10:25 PDT)
Sign Information:                Jacques,Stephanie Social Worker (10/3/2022 10:25 PDT)
Authentication Information:      Jacques,Stephanie Social Worker (10/3/2022 10:25 PDT)

**Inmate's Program and Level of Care**
IP is currently CCCMS LOC at MCSP.

**New Issues/Complaints**
IP was seen by PC for three routine consults in confidential setting. IP had two routine consults and an MH5. IP was moved from building 17 to 16, and is happy about this change. She feels safer. She is still waiting to transfer out of institution. She is also relieved to be on the top tier, where there is less traffic, and less people looking at her. PC let her know she communicated with Rabbi, and he plans to send her resources (prayers) for Rosh Hashanah and Yom Kippur. She filed a 1824 form, as she states she refuses to be seen by Dr. Patel (Psychiatrist). "I wrote it for racial insensitivity. He has ignorance of George Floyd and Jim Crow, and is open about this. I need a sense of empathy and knowledge of what this stands for." IP reports that she was outraged this morning when they were eating in chow hall for the first time. She states that "walkers were at the door and not permitted into the dining hall, by guards standing watch, to bring in their ADA assigned walker with names and numbers on them." IP reports she recently got a new typewriter. She still does not have proper fitting undergarments (bras), and has no state jacket.

**Current Status of Illness**
IP did not appear in acute distress at time of contact, and reports ongoing stressors.

**Mental Status**
IP dressed in clean CDCR clothing, yellow vest, eyeglasses, grooming and hygiene were good. Mood was calm, affect broad. No perceptual disturbances observed or reported. Thought process was linear and logical. IP was future oriented. Insight and judgment are good. IP reports she still does not have hearing aids.

**Mental Health Assessments**
IP does not need higher level of care at this time.

**Estimated Length of Stay**
IP will remain at CCCMS LOC until annual IDTT where treatment team will discuss appropriate level of care for IP. She is currently prescribed psych medication.

**Assessment/Progress Towards Discharge**
1. Seizure disorder
2. Breast mass

**Active Consult Orders**
MHPC Consult Routine - Completed
-- 09/20/22 12:30:00 PDT, 09/15/22 8:30:00 PDT, IP requests to see PC, 7 days, Schedule once with Ms. Jacques on D Yard, x, 09/15/22, 09/22/22 23:59:00 PDT
MHPC Consult Routine - Ordered
-- 10/03/22 13:00:00 PDT, 09/27/22 10:49:00 PDT, IP requests to see PC, 7 days, Schedule once with Ms. Jacques on D Yard, 137.252.9.40.202209022717383141125968 08#1.00, 09/26/22, 10/04/22 23:59:00 PDT
MHPC Consult Routine - Ordered
-- 10/03/22 13:15:00 PDT, 09/28/22 9:32:00 PDT, Worsening MH symptoms, 7 days, Schedule once within 5 business days, MH5, 09/28/22, 10/05/22 23:59:00 PDT
MHPC Consult Routine - Ordered
-- 10/03/22 13:30:00 PDT, 09/30/22 11:21:00 PDT, IP requests to see PC, 7 days, Schedule once with Ms. Jacques on D Yard, 170.71.227.39.202209053016273925843361 84#1.00, 09/29/22, 10/07/22 23:59:00 PDT

**Problem List/Past Medical History**
Ongoing
Asthma
Borderline personality disorder
Chronic migraine
Gender dysphoria
Gender dysphoria in adolescents and adults
Generalized anxiety disorder
Generalized anxiety disorder
GERD (gastroesophageal reflux disease)
Healthcare maintenance
Hearing impairment

Report Request ID:    60921283                        Print Date/Time:   10/6/2022 14:20 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged
information intended for the recipient only.

**MCSP - Mule Creek State Prison**

Patient:     **ISRAEL, AKIVA AVIKAIDA**
DOB/Age/Sex:   1/3/1984    / 38 years    / Male          CDCR: BJ0177

| *Mental Health Documentation* |
| --- |

Hearing loss
Seizure

**Plan/Disposition**
IP will be seen by MH every 90 days for routine contact.

MDD (major depressive disorder)
Mixed hyperlipidemia
Moderate persistent asthma
Noncompliance by refusing service
PTSD (post-traumatic stress disorder)
Seizure disorder
Transgender
Historical
Abdominal pain
Adjustment disorders, With anxiety
Elevated alanine aminotransferase (ALT)
   level

**IPOC Goals**
**Current IPOCs**
**Goals():**
Protocol Episodic(Initiated)  12/31/2021 10:55
   **Headache**
Anxiety IPOC(Initiated)  11/09/2021 12:01
   **Indicators & Orders**
Anxiety IPOC(Initiated)  11/09/2021 12:01
   **Outcomes & Interventions**
   **Outcomes(Initiated):**
   Reduce anxiety - rated as a 2 or below as
measured by self report by next IDTT
interval(Initiated)
   No significant barriers to progress.(Initiated)

**Scales and Assessments Interpretations**
**(for assessments without**
**interpretations, please manually enter**
**one here)**
No results documented

**Endorsed Suicide Documentation**
ACUTE RISK: Low (09/20/22 13:31:00)
CHRONIC RISK: Moderate (09/20/22
13:31:00)
CSSRS Intensity of Ideation Total Score: 17
(09/20/22 13:31:00)
CSSRS Lifetime, Most Severe Ideation: Started
to plan the details of how to kill themselves
with intention to carry out this plan (09/20/22
13:31:00)

**Encounter Info:** Patient Name: AKIVA ISRAEL,DOB: 01/03/1984,CDCR: BJ0177,FIN: 10000002712207800BJ0177,Facility: MCSP,Encounter
Type: Institutional Encounter

**WARNING:** This report contains confidential, proprietary, and/or legally privileged
information intended for the recipient only.

**MCSP - Mule Creek State Prison**

Patient:    **ISRAEL, AKIVA AVIKAIDA**
DOB/Age/Sex:  1/3/1984   / 38 years   / Male          CDCR: BJ0177

## Mental Health Documentation

Electronically Signed on 10/03/2022 10:25 AM PDT

Jacques, Stephanie Social Worker, Social Wor

## Mental Health Forms

No data exists for this section

## Mental Health IDTT MPage Forms

No data exists for this section

## Mental Health Suicide MPage Forms

No data exists for this section

---

Report Request ID:   60921283                    Print Date/Time:   10/6/2022 14:20 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.