IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **AKIVA AVIKAIDA ISRAEL,** | Case No. 2:21-cv-00262-TLN-EFB (PC) |
| Plaintiff, | ~~[PROPOSED]~~ **ORDER** |
| v. | |
| **S. BROWNSTEIN, et al.,** | |
| Defendants. | |

    Defendants in this civil rights action filed an ex-parte for an extension of time requesting a 14-day extension of time to file a opposition to Plaintiff's to compel.  Upon due consideration, good cause appearing, the Court GRANTS Defendants' motion.  Accordingly, Defendants must file an opposition to Plaintiff's motion to compel on or before **May 9, 2025**.

Dated: April 28, 2025

*/s/ Edmund F. Brennan*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE