UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AKIVA ISRAEL, | No. 2:21-cv-00262-TLN-EFB (PC) |
| Plaintiff, | |
| v. | ORDER |
| SHMARYAHU BROWNSTEIN, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. Presently before the court are plaintiff's two motions for informal discovery conference. ECF Nos. 127, 132 (the "Informal Conference Motions"). Both Informal Conference Motions appear to be identical.[1]

Plaintiff states in his motions that he seeks an Informal Conference "to address Defendants' evasive responses regarding complaints lodged against [defendants] and concerning production of disciplinary records and the alleged difficulty they have understanding 'spiritual welfare' in nexus with said request." ECF No. 127 at 1; ECF No. 132 at 1. At least some of these topics appear to be encompassed in plaintiff's motion to compel that plaintiff has attached

---

[1] The first Informal Conference Motion, ECF No. 127, appends a copy of plaintiff's motion to compel filed September 2, 2025 whereas the second Informal Conference Motion, ECF No. 132 does not append another copy. But both Motions appear to seek a conference to regarding the same motion to compel (ECF No. 126).

1

to the first Informal Conference Motion. *See, e.g.*, ECF No. 127 at 7, 10, 14 (plaintiff objects to "evasive" responses to RFPs); *id*. at 16-20 (RFPs requesting disciplinary records).

Meanwhile, defendants have requested an extension of time to respond to plaintiff's motion to compel (ECF No. 129), which the court will grant.

It would be premature for the court to require the parties to attend any conference before all parties have fully briefed plaintiff's motion to compel. Defendants have indicated their intent to file their response. Plaintiff will have the opportunity to reply as allowed by E.D. Cal. Local Rule 220(l). After briefing on plaintiff's motion to compel is completed, the court may sua sponte issue an order scheduling a hearing or conference if it finds a need for additional information from the parties.[2]

**ORDER**

Accordingly, IT IS ORDERED that:

1. Plaintiff's motions for informal discovery conference, ECF Nos. 127 and 132, are DENIED as premature. The court may sua sponte issue an order scheduling a discovery conference if it finds a need for additional information after the briefing on plaintiff's motion to compel is completed.

2. Defendants' motion to extend the time to file their opposition to plaintiff's motion to compel, ECF No. 129 (requesting extension to respond to ECF No. 126), is GRANTED. Defendants shall have until October 23, 2025 to file their opposition.

Dated: October 28, 2025

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

---

[2] Hearings and oral arguments are scheduled, if at all, after briefing on a motion is completed. *See* E.D. Cal. Local Rule 230(g). The court is not aware of any substantive distinction between a hearing or oral argument versus an "informal conference" that would warrant conducting an informal conference before briefing is completed, nor has plaintiff stated any compelling reason for doing so.

2