IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **AKIVA AVIKAIDA ISRAEL,**<br><br>Plaintiff,<br><br>v.<br><br>**S. BROWNSTEIN, et al.,**<br><br>Defendants. | Case No. 2:21-cv-00262-TLN-EFB (PC)<br><br>[PROPOSED] ORDER |

Defendants S. Brownstein, L. Eshelman, M. Lee, M. Younus, M. Safonov, and C. Richey applied ex parte to exceed the page limit for their Memorandum of Points and Authorities in Support of Motion for Summary Judgment.

The Court has considered Defendants' Ex Parte Application and good cause appearing, GRANTS Defendants' Ex Parte request to exceed the page limit for their Memorandum of Points and Authorities. The Court increases the page limit from twenty pages to thirty pages as requested. All dates in the prior scheduling orders shall remain the same.

Dated: December 15, 2025

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE