UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AKIVA ISRAEL, | No. 2:21-cv-00262-TLN-EFB (PC) |
| Plaintiff, | |
| v. | ORDER |
| SHMARYAHU BROWNSTEIN, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. Presently before the court are 1) plaintiff's motion to reschedule her deposition (ECF No. 133) and 2) her motion informing the court that the deposition was conducted on October 7, 2025 (ECF No. 136).

Plaintiff has captioned her filing at ECF No. 136 as a "motion to dismiss" the motion filed at ECF No. 133. The court construes ECF No. 136 as notification that plaintiff is withdrawing ECF No. 133 because it now moot.

The court will 1) deny as moot plaintiff's motion to reschedule her deposition (ECF No. 133), and 2) grant plaintiff's motion to moot the earlier motion (ECF No. 136).

////

////

////

1

**ORDER**

Accordingly, IT IS ORDERED that:

1. Plaintiff's motion to reschedule her deposition, ECF No. 133, is DENIED as moot.

2. The court acknowledges plaintiff's withdrawal of her motion to reschedule her deposition (ECF No. 133), *see* ECF No. 136, and the clerk is directed to terminate that motion as having been withdrawn. This disposition also resolves ECF No. 136, which should be terminated.

Dated: December 16, 2025

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2