UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AKIVA AVIKAIDA ISRAEL,<br>Plaintiff,<br>v.<br>SHMARYAHU BROWNSTEIN, et al.,<br>Defendants. | No. 2:21-cv-0262-TLN-EFB (PC)<br><br>ORDER |

Defense counsel has filed a Notice of Settlement with the court, requesting that all pending deadlines be vacated. ECF No. 154. In light of that representation, the court hereby vacates all pending deadlines and directs the Clerk of Court to administratively terminate all pending motions. The parties shall file dispositional documents on or before November 10, 2026.

So ordered.

Dated: September 10, 2026

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE